# United States District Court
# Southern District of Indiana
# Indianapolis Division

IN RE: 2005 UNITED STATES GRAND PRIX ) Master docket No.
) 1:05-00914-SEB-VSS

## ORDER

Plaintiffs' Joint Motion for Protective Order filed on June 29, 2005, is hereby DENIED. Plaintiffs seek to have the Court exercise supervisory authority over Defendants' proposed rebate/refund program and Defendants' ongoing communications with putative class members that relate to this litigation.

The proposed payments which Defendant Michelin Tire Corporation intends to offer to the 2005 United States Grand Prix ticket holders, in amounts equal to the face value of the tickets upon presentment of evidence showing entitlement to the payment, are being voluntarily undertaken, without any established legal obligation to do so on the part of the payor. Defendant Indianapolis Motor Speedway also is voluntarily assuming responsibility for administering the payout program. Defendants have represented that the offer and acceptance of these payments will not be conditioned on the issuance of releases or the imposition of any other limitation of rights on the part of the claimants.

No class action has been certified at this very early stage in the litigation, which, according to the express requirements of the applicable Rule is the condition precedent to Court oversight and supervision of settlements, under Rule 23(e)(1), F.R.Civ.P. . In addition, Rule 23(d), F.R.Civ.P., to the extent it is construed to authorize Court intervention, as Plaintiffs have requested, the Rule is directed to the Court's discretion, using the term "may", and we decline to exercise our discretion primarily because we lack clarity as to the impact and import of including such references to rights or conditions as a part of the communications sent by Michelin to the ticket holders..

Finally, the Court cannot discern with any certainty at this juncture what the real interests of the putative class members may be in terms of their choosing to accept or reject the payments from Michelin and thus what protections, if any, they may require from the court. On the record that exists, we perceive no indications of unfairness to the putative class members either by the offer being made to them or by their acceptance of such payment.

Accordingly, Plaintiffs' Motion for Protective Order is **DENIED**.

IT IS SO ORDERED.

Date: _____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Matthew Gordon Allison
BAKER & MCKENZIE LLP
matthew.g.allison@bakernet.com

William Bock III
KROGER GARDIS & REGAS
wb@kgrlaw.com

Peter E. Boron
SCHUBERT & REED, LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
jboyers@woodmaclaw.com

Deborah J. Caruso
DALE & EKE
dcaruso@daleeke.com

KC Cohen
KC COHEN LAWYER, PC
kc@esoft-legal.com

Robert L. Gauss
ICE MILLER
gauss@icemiller.com

Jeff S. Gibson
COHEN & MALAD LLP
jgibson@cohenandmalad.com

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com

Steven Handler
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Suite 5200
Chicago, IL 60606

Peter W. Herzog III
BRYAN CAVE LLP
pwherzog@bryancave.com

Michael Hyman
MUCH SHELIST FREED DENENBERG
AMENT & RUBENSTEIN
200 N Lasalle St Suite 2100
Chicago, IL 60601-1095

James A. Knauer
KROGER GARDIS & REGAS, LLP
jak@kgrlaw.com

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Irwin B. Levin
COHEN & MALAD LLP
ilevin@cohenandmalad.com

David M. Mattingly
ICE MILLER
david.mattingly@icemiller.com

Curtis W. McCauley
ICE MILLER
mccauley@icemiller.com

John K. McDavid
LOCKE REYNOLDS LLP
jmcdavid@locke.com

Shon Morgan
QUINN EMANUEL URQUHART
OLIVER & HEDGES
shonmorgan@quinnemanuel.com

Stephanie A. Petersmarck
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street, Suite 5200
Chicago, IL 60606

Henry J. Price
PRICE WAICUKAUSKI RILEY &
DEBROTA
hprice@price-law.com

Hugh E. Reynolds Jr.
LOCKE REYNOLDS LLP
hreynolds@locke.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com


William N. Riley
PRICE WAICUKAUSKI RILEY &
DEBROTA
wriley@price-law.com

Robert C. Schubert
SCHUBERT & REED, LLP
Two Embarcadero Center, Suite 1660
San Francisco, CA 94111

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
rschuckit@schuckitlaw.com

Richard E. Shevitz
COHEN & MALAD LLP
rshevitz@cohenandmalad.com

Keith S. Shindler
1040 S. Milwaukee Ave.
Wheeling, IL 60090

Bettina J. Strauss
BRYAN CAVE LLP
bjstrauss@bryancave.com

A. William Urquhart
QUINN EMANUEL URQUHART
OLIVER & HEDGES
billurquhart@quinnemanuel.com

Dylan A. Vigh
DULIK & VIGH
dvighlaw@gmail.com

Scott Watson
QUINN EMANUEL URQUHART
OLIVER & HEDGES
scottwatson@quinnemanuel.com

William P. Wooden
WOODEN & MCLAUGHLIN LLP
wwooden@woodmaclaw.com

Sally F. Zweig
KATZ & KORIN
szweig@katzkorin.com