UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: 2005 UNITED STATES GRAND PRIX PRODUCTS LIABILITY LITIGATION | ) ) ) | Master Docket No. 1:05-00914-SEB-VSS |

_____

**DEFENDANT FERRARI S.p.A.'s
MOTION TO DISMISS SECOND AMENDED CONSOLIDATED
CLASS ACTION COMPLAINT PURSUANT TO RULE 12(b)(6) OF
<u>THE FEDERAL RULES OF CIVIL PROCEDURE</u>**

Defendant Movant Ferrari S. p. A. ("Ferrari"), sued herein as Scuderia Ferrari Marlboro, by counsel, pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure, respectfully moves the Court for an order dismissing Plaintiff's Second Amended Complaint against Ferrari for failure to state a claim upon which relief may be granted. In support, Ferrari submits its Memorandum in Support of Defendant Ferrari S.p.A.'s Motion to Dismiss Second Amended Consolidated Class Action Complaint Pursuant to Rule 12(b)(6), Federal Rules of Civil Procedure.

Dated: September 21, 2005

By   /s/Stephen E. Arthur
Stephen E. Arthur, #4055-49
HARRISON & MOBERLY, LLP
135 N. Pennsylvania St., Ste. 2100
Indianapolis, IN  46204
317-639-4511

Lawrence F. Carnevale
CARTER LEDYARD &
 MILBURN LLP
2 Wall Street
New York, New York 10005

*Attorneys for Defendant
Ferrari S.p.A.*

**CERTIFICATE OF SERVICE**

  I certify that on September 21, 2005, a copy of the foregoing document was filed via the Court's electronic filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic system and via first class mail for those without access to the Court's electronic system.

| | |
|---|---|
| William Bock, III<br>wb@kgrlaw.com | Curtis W. McCauley<br>mccauley@icemiller.com |
| Deborah J. Caruso<br>dcaruso@daleeke.com | John K. McDavid<br>jmcdavid@locke.com |
| KC Cohen<br>kc@esoft-legal.com | Henry J. Price<br>hprice@price-law.com |
| Robert L. Gauss<br>gauss@icemiller.com | Hugh E. Reynolds, Jr.<br>hreynolds@locke.com |
| Jeff S. Gibson<br>jgibson@cohenandmalad.com | James W. Riley, Jr.<br>jriley@rbelaw.com |
| Scott D. Gilchrist<br>sgilchrist@cohenandmalad.com | William N. Riley<br>wriley@price-law.com |
| James A. Knauer<br>jak@kgrlaw.com | Robert J. Schuckit<br>rschuckit@schuckitlaw.com |
| Offer Korin<br>okorin@katzkorin.com | Richard E. Shevitz<br>rshevitz@cohenandmalad.com |
| Irwin B. Levin<br>ilevin@cohenandmalad.com | Dylan A. Vigh<br>dvighlaw@gmail.com |
| David M. Mattingly<br>david.mattingly@icemiller.com | Sally F. Zweig<br>szweig@katzkorin.com |
| Peter E. Borkon<br>pborkon@schubert-reed.com | Peter W. Herzog, III<br>pwherzog@bryancave.com |
| Shon Morgan<br>shonmorgan@wuinnemanuel.com | Bettina J. Strauss<br>bjstrauss@bryancave.com |
| Robert C. Schubert<br>rschubert@schubert-reed.com | Michael Hyman<br>mbhyman@muchshelist.com |

| | |
|---|---|
| Thomas A. Doyle<br>Thomas.a.doyle@bakernet.com | Keith S. Shindler<br>keith@shindlerlaw.com |
| Matthew Gordon Allison<br>Matthew.g.allison@bakernet.com | William P. Wooden<br>wwooden@woodmaclaw.com |
| David G. Symons<br>dgsymons@earthlink.net | James J. Dries<br>James.j.dries@bakernet.com |
| Larry D. Drury<br>ldrurylaw@aol.com | Steven Handler<br>shandler@mwe.com |
| Derek J. Meyer<br>dmeyer@mwe.com | Stephanie A. Petersmarck<br>spetersmarck@mwe.com |
| Mark James Richards<br>Mark.richards@icemiller.com | A. William Urquhart<br>billurquhart@quinnemanuel.com |
| Scott Watson<br>scottwatson@quinnemanuel.com | |

                                                  By: __/s/Stephen E. Arthur_____
                                                     Stephen E. Arthur

HARRISON & MOBERLY, LLP
135 North Pennsylvania Street
Suite 2100
Indianapolis, IN  46204