IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: 2005 United States Grand Prix  )  Master Docket No.: 1:05-cv-00914-SEB-VSS
_____

**FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Comes now the Fédération Internationale de l'Automobile (FIA), by counsel, and hereby submits this Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this motion, FIA submits its Memorandum in Support of this Motion as well as joining with Michelin North America, Inc. (Michelin) in adopting its Motion to Dismiss and Memorandum in Support. FIA further states as follows:

1. On August 18, 2005, the plaintiffs filed their Second Amended Consolidated Class Action Complaint.

2. Counts II, III, IV, and V of that complaint allege causes of action against FIA and other defendants relating to events at the 2005 United States Grand Prix (USGP).

3. FIA joins Michelin in its Motion to Dismiss the Second Amended Consolidated Class Action and Memorandum in Support, and FIA entirely adopts the arguments set forth therein.

4. FIA, as a not-for-profit organization acting solely as the sanctioning body and referee for the USGP, further moves that that Counts II, III, IV and V be dismissed particularly as to it for failing to state a claim upon which relief can be granted.

5. In further support of its specific position in this case, (and as more fully set forth in the Memorandum filed herewith) FIA asserts as follows:

a. Claims for consequential damages for allegedly failed expectations of spectators at a sporting event are not properly supported by law and particularly when brought against a neutral sanctioner and referee of the event with no financial stake or interest held by that entity.

b. Claims against FIA were expressly barred by the express terms of the USGP tickets.

c. FIA owed no duty as a matter of law to the USGP spectators.

d. Plaintiffs' complaint fails to allege a legally cognizable claim for promissory estoppel claim against FIA.

Defendant, the Fédération International de l'Automobile, hereby submits this Motion to Dismiss and supporting Memorandum as well as joining Michelin North America, Inc. in its Motion to Dismiss and supporting Memorandum and respectfully requests a determination dismissing Counts II, III, IV and V of Plaintiffs' Second Amended Consolidated Class Action Complaint against the Fédération Internationale de l'Automobile.

Respectfully submitted,

KATZ & KORIN, P.C.

\_\_/s/ Sally Franklin Zweig_____
Sally Franklin Zweig (Atty No. 11367-49)
Offer Korin (Atty No. 14014-49)
Bernard L. Pylitt (Atty No. 5851-49)
KATZ & KORIN, P.C.
The Emelie Building; 334 North Senate Avenue
Indianapolis, IN  46204-1708
317-464-1100 (tel.); 317-464-1111 (fax)
E-Mail:  szweig@katzkorin.com
             okorin@katzkorin.com
             bpylitt@katzkorin.com

A. William Urquhart
Shon Morgan
Scott Watson
QUINN EMANUEL URQUHART
    OLIVER & HEDGES
865 S. Figueroa Street, 10th Floor
Los Angeles, CA  90017
(213)-443-3252
Fax: (213)-624-0643
Email:   shonmorgan@quinnemanuel.com
          billurquhart@quinnemanuel.com
          scottwatson@quinnemanuel.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2005, a copy of the foregoing **Fédération Internationale de L'Automobile's Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

| | |
|---|---|
| James A. Knauer (Plaintiff)<br>Kroger Gardis & Regas | jak@kgrlaw.com |
| William Bock, III (Plaintiff)<br>Kroger Gardis & Regas | wb@kgrlaw.com |
| Reynolds B. Brissenden (Plaintiff)<br>Kroger Gardis & Regas | rbb@kgrlaw.com |
| Kurtis Allen Marshall (Plaintiff)<br>Kroger Gardis & Regas | kam@kgrlaw.com |
| KC Cohen (Plaintiff)<br>KC Cohen Lawyer, PC | kc@esoft-legal.com |
| Deborah J. Caruso (Plaintiff)<br>Dale & Eke | dcaruso@daleke.com |
| Irwin B. Levin (Plaintiff)<br>Cohen & Malad, LLP | ilevin@cohenandmalad.com |
| Richard E. Shevitz (Plaintiff)<br>Cohen & Malad, LLP | rshevitz@cohenandmalad.com |
| Scott D. Gilchrist (Plaintiff)<br>Cohen & Malad, LLP | sgilchrist@cohenandmalad.com |
| Jeff S. Gibson (Plaintiff)<br>Cohen & Malad, LLP | jgibson@cohenandmalad.com |
| Eric S. Pavlack (Plaintiff)<br>Cohen & Malad, LLP | epavlack@cohenandmalad.com |
| Henry J. Price (Plaintiff)<br>Price Waicukauski Riley & DeBrota | hprice@price-law.com |
| William N. Riley (Plaintiff)<br>Price Waicukauski Riley & DeBrota | wriley@price-law.com |
| Gabriel A. Hawkins (Plaintiff)<br>Price Waicukauski Riley & DeBrota | ghawkins@price-law.com |
| Dylan A. Vigh (Plaintiff)<br>Dulik & Vigh | dvigh@gmail.com |
| Robert J. Schuckit (Plaintiff)<br>Schuckit & Associates, P.C. | rschuckit@schuckitlaw.com |
| Robert C. Schubert (Plaintiff)<br>Schubert & Reed, LLP | rschubert@schubert-reed.com |
| Peter E. Borkon (Plaintiff)<br>Schubert & Reed, LLP | pborkon@schubert-reed.com |
| Michael B. Hyman (Plaintiff)<br>Much Shelist Freed Deneberg AMent & Rubenstein | mbhyman@muchshelist.com |
| Sally Franklin Zweig (FIA)<br>Katz & Korin, P.C. | szweig@katzkorin.com |
| Offer Korin (FIA)<br>Katz & Korin, P.C. | okorin@katzkorin.com |
| Bernard L. Pylitt (FIA)<br>Katz & Korin, P.C. | bpylitt@katzkorin.com |
| A. William Urquhart (FIA)<br>Quinn Emanuel Urquhart Oliver & Hedges | billurquhart@quinnemanuel.com |
| Shon Morgan (FIA)<br>Quinn Emanuel Urquhart Oliver & | shonmorgan@quinnemanuel.com |

| | |
|---|---|
| Hedges | |
| Scott Watson (FIA)<br>Quinn Emanuel Urquhart Oliver & Hedges | scottwatson@quinnemanuel.com |
| John K. McDavid (F1)<br>Locke Reynolds, LLP | jmcdavid@locke.com |
| Hugh E. Reynolds, Jr. (F1)<br>Locke Reynolds, LLP | hryenolds@locke.com |
| Stephanie A. Petersmarck (F1)<br>McDermott Will & Emery LLP | spetersmarck@mwe.com |
| Steve P. Handler (F1)<br>McDermott Will & Emery LLP | shandler@mwe.com |
| Derek J. Meyer (F1)<br>McDermott Will & Emery LLP | dmeyer@mwe.com |
| James W. Riley (MNA)<br>Riley Bennet & Egloff LLP | jriley@rbelaw.com |
| Peter W. Herzog III (MNA)<br>Bryan Cave, LLP | pwherzog@bryancave.com |
| Bettina J. Strauss (MNA)<br>Bryan Cave, LLP | bjstrauss@bryancave.com |
| David M. Mattingly (IMS)<br>Ice Miller | david.mattingly@icemiller.com |
| Curtis W. McCauley (IMS)<br>Ice Miller | mccauley@icemiller.com |
| Robert L. Gauss (IMS)<br>Ice Miller | gauss@icemiller.com |
| Mark James Richards (IMS)<br>Ice Miller | Mark.richards@icemiller.com |
| James McGinnis Boyers (Teams)<br>Wooden & McLaughlin LLP | jboyers@woodmaclaw.com |
| William P. Wooden (Teams)<br>Wooden & McLaughlin LLP | wwooden@woodmaclaw.com |

I hereby certify that on the 21st day of September, 2005, a copy of the foregoing **Fédération Internationale de L'Automobile's Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint** was mailed, by first-class U.S. Mail, postage pre-paid and properly addressed to the following:

Keith S. Shindler
1040 S. Milwaukee Ave.
Wheeling, IL  60090


　　　　　　　　　　　　　　　　　　　　　　__/s/ Sally Franklin Zweig_____
　　　　　　　　　　　　　　　　　　　　　　Sally Franklin Zweig


Katz & Korin, P.C.
The Emelie Building
334 North Senate Avenue
Indianapolis, IN  46204-1708
317/464-1100; 317/464-1111 Fax
E-Mail:  szweig@katzkorin.com