UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: 2005 UNITED STATES GRAND PRIX PRODUCTS LIABILITY LITIGATION | ) ) ) | Master Docket No. 1:05-cv-00914-SEB-VSS |

**FORMULA ONE ADMINISTRATION LIMITED AND FORMULA ONE MANAGEMENT LIMITED'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Formula One Administration Limited and Formula One Management Limited (collectively, "Formula One"), by its attorneys, hereby move this Court to dismiss with prejudice Plaintiffs' Second Amended Consolidated Class Action Complaint ("Complaint") against Formula One. In the alternative, Formula One moves this Court to dismiss with prejudice each separate Count in the Complaint. In support of its motion, Formula One states as follows:

1. All Counts in the Complaint should be dismissed because disappointed expectations regarding a sporting event do not support any legal cause of action, and the express terms of the ticket preclude any relief to Plaintiffs. In addition, all Counts in the Complaint should be dismissed because the tickets referred to in the Complaint (a copy of which is attached as Exhibit A to Michelin North America, Inc.'s Memorandum in Support of Its Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint) release any claims of liability against Formula One for the acts or omissions set forth as the basis for each Count of the Complaint.

2. Count II of the Complaint, Third Party Beneficiary, should be dismissed because Plaintiffs do not, and cannot, establish the existence of a contract or warranty, either express or

implied, to which Formula One is a party, and Plaintiffs failed to properly plead their status as intended third-party beneficiaries to any such purported contract or warranty.

3. Count III of the Complaint, Promissory Estoppel, should be dismissed because Plaintiffs fail to properly allege Formula One made a promise to them, and Plaintiffs disclaimed their right to bring a promissory estoppel claim against Formula One.

4. Count IV of the Complaint, Common Law Negligence, should be dismissed because Plaintiffs do not properly plead the existence or breach of a duty by Formula One and, in the absence of injury to person or physical damage to property, Plaintiffs may not recover in tort for purely economic damages.

5. Count V of the Complaint, Tortious Interference in Contract, should be dismissed because Plaintiffs fail to allege the existence or breach of a contract and fail to allege the absence of justification.

6. Count VI of the Complaint, Unjust Enrichment, should be dismissed because Plaintiffs actions were not unjust given Plaintiffs' disclaimer of any refund and their release of Formula One from any and all claims.

7. In support of its Motion, Formula One incorporates by reference the accompanying Formula One Administration Limited and Formula One Management Limited's Brief in Support of their Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint.

**WHEREFORE**, Defendants Formula One Administration Limited and Formula One Management Limited respectfully request the Court dismiss the Second Amended Consolidated Complaint against them with prejudice and grant to Defendants Formula One Administration

Limited and Formula One Management Limited such other relief as this Court deems just and appropriate under the circumstances.

Dated: September 21, 2005

Respectfully submitted,

FORMULA ONE ADMINISTRATION LIMITED AND FORMULA ONE MANAGEMENT LIMITED

By: */s/ John K. McDavid*
     One of their attorneys

  Hugh E .Reynolds, Jr.
  John K. McDavid
  Locke Reynolds LLP
  201 North Illinois Street
  Suite 1000
  P.O. Box 44961
  Indianapolis, IN 46244-0961
  (317) 237-3800

  Stephen P. Handler, P.C. (*admitted pro hac vice*)
  Derek J. Meyer (*admitted pro hac vice*)
  Stephanie A. Petersmarck (*admitted pro hac vice*)
  MCDERMOTT, WILL & EMERY LLP
  227 W. Monroe Street
  Chicago, Illinois 60606
  312.372.2000
  312.984.7700 (fax)

  *Attorneys for Formula One*
  *Administration Limited and*
  *Formula One Management Limited*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

PLAINTIFFS' COUNSEL:

| | |
|---|---|
| Henry J. Price | James A. Knauer |
| William N. Riley | William Bock, III |
| Gabriel A. Hawkins | Reynolds B. Brissenden |
| PRICE WAICUKAUSKI RILEY & DEBROTA | Kurtis Allen Marshall |
| hprice@price-law.com | KROGER GARDIS & REGAS, LLP |
| wriley@price-law.com | *jak@kgrlaw.com* |
| ghawkins@price-law.com | *wb@kgrlaw.com* |
| (Attorneys for Plaintiffs) | *rbb@kgrlaw.com* |
| | *kam@kgrlaw* |
| | (Attorneys for Plaintiff Bowers and Miller) |
| Robert C. Schubert | Robert J. Schuckit |
| Peter E. Borkon | SCHUCKIT & ASSOCIATES, P.C. |
| SCHUBERT & REED, LLP | *rschuckit@schuckitlaw.com* |
| *pborkon@schubert-reed.com* | (Attorneys for Plaintiff Dunn) |
| *rschubert@schubert-reed.com* | |
| (Attorneys for Plaintiff Dunn) | |
| Dylan A. Vigh | K.C. Cohen |
| DULIK & VIGH | K.C. COHEN LAWYER, PC |
| *dvighlaw@gmail.com* | *kc@esoft-legal.com* |
| (Attorneys for Plaintiff Shirey) | (Attorneys for Plaintiff Symons) |

Eric S. Pavlack
Irvin B. Levin
Jeff S. Gibson
Richard E. Shevitz
Scott D. Gilchrist
COHEN & MALAD LLP
*epavlack@cohenandmalad.com*
*ilevin@cohenandmalad.com*
*jgibson@cohenandmalad.com*
*rschevitz@cohenandmalad.com*
*sgilchrist@cohenandmalad.com*
(Attorneys for Plaintiff Stewart)

Keith S. Shindler
LAW OFFICE OF KEITH S. SHINDLER, LTD.
*keith@shindlerlaw.com*
(Attorneys for Plaintiff Vassilyev)

Michael B. Hyman
MUCH, SHELIST, FREED, DENENBERG, AMENT & RUBENSTEIN, P.C.
mbhyman@muchshelist.com
(Attorneys for Plaintiff Vassilyev)

Deborah J. Caruso
DALE & EKE
*dcaruso@daleeke.com*
(Attorneys for Plaintiff Vassilyev)

DEFENDANTS' COUNSEL:

Matthew Gordon Allison
Thomas A. Doyle
James J. Dries
BAKER & MCKENZIE
*thomas.a.doyle@bakernet.com*
*james.j.dries@bakernet.com*
*matthew.g.allison@bakernet.com*
(Attorneys for Mile Seven Renault F1 Team, BMW Williams F1 Team, Lucky Strike Bar Honda, Panasonic Toyota Racing, Red Bull Racing, Sauber Petronas and West McLaren Mercedes)

William P. Wooden
James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
*wwooden@woodmaclaw.com*
*jboyers@woodmaclaw.com*
(Attorneys for Mile Seven Renault F1 Team, BMW Williams F1 Team, Lucky Strike Bar Honda, Panasonic Toyota Racing, Red Bull Racing, Sauber Petronas and West McLaren Mercedes)

James W. Riley, Jr.  
RILEY BENNETT & EGLOFF, LLP  
*jriley@rbelawa.com*  
(Attorneys for Michelin North American, Inc.)

Bettina J. Strauss  
Peter W. Herzog, III  
BRYAN CAVE LLP  
*bjstrauss@bryancave.com*  
*pwherzog@bryancave.com*  
(Attorneys for Michelin Tire Corporation)

Shon Morgan  
A. William Urquhart  
Scott Watson  
QUINN EMANUEL URQUHART OLIVER & HEDGES  
*shonmorgan@quinnemanuel.com*  
*billurquhart@quinnemanuel.com*  
*scottwatson@quinnemanuel.com*  
(Attorneys for Federation Internationale De L'Automobile)

Offer Korin  
Sally F. Zweig  
Bernard L. Pylitt  
KATZ & KORIN  
*okorin@katzkorin.com*  
*szweig@katzkorin.com*  
*bpylitt@katzkorin.com*  
(Attorneys for Federation Internationale De L'Automobile)

David M. Mattingly  
Robert L. Gauss  
Curtis W. McCauley  
Mark J. Richards  
ICE MILLER  
*david.mttingly@icemiller.com*  
*gauss@icemiller.com*  
*mark.richards@icemiller.com*  
*mccauleyicemiller.com*  
(Attorneys for Indianapolis Motor Speedway Corporation)

Larry D. Drury  
LARRY D. DRURY, LTD.  
ldrurylaw@aol.com  
(Attorney for Katsenes)

Lawrence F. Carnevale  
CARTER LEDYARD & MILBURN, LLP  
*carnevale@clm.com*  
(Attorneys for Scuderia Ferrari Marlboro)

Stephen E. Arthur  
Raymond A. Basile  
HARRISON & MOBERLY  
*sarthur@h-mlaw.com*  
*basile@h-mlaw.com*  
(Attorneys for Scuderia Ferrari Marlboro)

*/s/ John K. McDavid*<br>John K. McDavid

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
*hreynolds@locke.com*
*jmcdavid@locke.com*

Steven P. Handler, P.C. *(admitted pro had vice)*
Derek J. Meyer *(admitted pro had vice)*
Stephanie A. Petersmarck *(admitted pro had vice)*
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606
312-372-2000
*shandler@mwe.com*
*dmeyer@mwe.com*
*spetersmarck@mwe.com*

649015_1