UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: 2005 UNITED STATES GRAND PRIX ) Master Docket No. 1:05-cv-00914-SEB-VSS

**IMS'S MOTION TO DISMISS PLAINTIFFS' SECOND
AMENDED CONSOLIDATED CLASS ACTION
COMPLAINT**

Indianapolis Motor Speedway, LLC ("IMS"), moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the dismissal of Counts I, II, III, IV, and IV of Plaintiffs' Second Amended Consolidated Class Action Complaint against IMS.

In the alternative, IMS moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the dismissal of Plaintiffs' claim for damages under Counts I, II, and III of Plaintiffs' Second Amended Consolidated Class Action Complaint to the extent that such damages include reimbursement of expenses that Plaintiffs would have incurred even if the alleged breach of contract, third-party contract, or promise had not occurred.

In support of its Motion, IMS has submitted a separate supporting Memorandum.

Respectfully submitted,

_____
David M. Mattingly (#10630-49)
Curtis W. McCauley (#16456-49)

Attorneys for Defendant Indianapolis
Motor Speedway, LLC

ICE MILLER
One American Square Box 82001
Indianapolis, IN 46282-0002
317.236.2100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of September 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| William Bock, III<br>KROGER GARDIS & REGAS<br>wb@kgrlaw.com | A. William Urquhart<br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>billurquhart@quinnemanuel.com |
| Gabriel Adam Hawkins<br>PRICE WAICUKAUSKI RILEY & DEBROTA<br>ghawkins@price-law.com | Bernard Lowell Pylitt<br>KATZ & KORIN<br>bpylitt@katzkorin.com |
| James A. Knauer<br>KROGER GARDIS & REGAS, LLP<br>jak@kgrlaw.com | Offer Korin<br>KATZ & KORIN<br>okorin@katzkorin.com |
| Kurtis Allen Marshall<br>KROGER, GARDIS & REGAS LLP<br>kam@kgrlaw.com | Sally F. Zweig<br>KATZ & KORIN<br>szweig@katzkorin.com |
| Reynolds B. Brissenden<br>KROGER GARDIS & REGAS<br>rbb@kgrlaw.com | Scott Watson<br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>scottwatson@quinnemanuel.com |
| KC Cohen<br>KC COHEN LAWYER, PC<br>kc@esoft-legal.com | Shon Morgan<br>QUINN EMANUEL URQUHART OLIVER & HEDGES<br>shonmorgan@quinnemanuel.com |
| Irwin B. Levin<br>COHEN & MALAD LLP<br>ilevin@cohenandmalad.com | Hugh E. Reynolds, Jr.<br>LOCKE REYNOLDS LLP<br>hreynolds@locke.com |
| Michael B. Hyman<br>MUCH SHELIST<br>mbhyman@muchshelist.com | John K. McDavid<br>LOCKE REYNOLDS LLP<br>jmcdavid@locke.com |
| Eric S. Pavlack<br>COHEN & MALAD LLP<br>epavlack@cohenandmalad.com | Stephanie A. Petersmarck<br>MCDERMOTT WILL & EMERY LLP<br>spetersmarck@mwe.com |
| Jeff S. Gibson<br>COHEN & MALAD LLP<br>jgibson@cohenandmalad.com | Steven P. Handler<br>MCDERMOTT WILL & EMERY LLP<br>shandler@mwe.com |
| Richard E. Shevitz<br>COHEN & MALAD LLP<br>rshevitz@cohenandmalad.com | Bettina J. Strauss<br>BRYAN CAVE LLP<br>bjstrauss@bryancave.com |
| Scott D. Gilchrist<br>COHEN & MALAD LLP<br>sgilchrist@cohenandmalad.com | James W. Riley, Jr.<br>RILEY BENNETT & EGLOFF LLP<br>jriley@rbelaw.com |
| Henry J. Price<br>PRICE WAICUKAUSKI RILEY & DEBROTA<br>hprice@price-law.com | Peter W. Herzog, III<br>BRYAN CAVE LLP<br>pwherzog@bryancave.com |

William N. Riley
PRICE WAICUKAUSKI RILEY & DEBROTA
wriley@price-law.com

Peter E. Borkon
SCHUBERT & REED LLP
pborkon@schubert-reed.com

Robert C. Schubert
SCHUBERT & REED LLP
rschubert@schubert-reed.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
rschuckit@schuckitlaw.com

Larry D. Drury
ldrurylaw@aol.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
jboyers@woodmaclaw.com

James J. Dries
BAKER & MCKENZIE
james.j.dries@bakernet.com

Matthew Gordon Allison
BAKER & MCKENZIE LLP
matthew.g.allison@bakernet.com

Thomas Anthony Doyle
BAKER & MCKENZIE LLP
thomas.a.doyle@bakernet.com

William P. Wooden
WOODEN & MCLAUGHLIN LLP
wwooden@woodmaclaw.com

Stephen E. Arthur
HARRISON & MOBERLY
sarthur@h-mlaw.com

Lawrence F. Carnevale
CARTER LEDYARD & MILBURN LLP
carnevale@clm.com

Raymond A. Basile
HARRISON & MOBERLY
basile@h-mlaw.com

_____
Curtis W. McCauley

ICE MILLER
One American Square Box 82001
Indianapolis, IN 46282-0002
317.236.2100