STAND A

Exhibit A

Box **40**   Row **PP**   Seat **10**

$85.00



PARTICIPATION IN THIS RACING EVENT
AS A SPECTATOR IS AT YOUR OWN RISK.
PATRONS MUST HAVE POSSESSION OF TICKET AT ALL TIMES.

NOTICE: Coolers limited to 14" in length. No glass containers.

00010102



This ticket may NOT be used for advertising, promotion (including contests/sweepstakes) or other trade purposes without the written consent of Indianapolis Motor Speedway (IMS) and Formula One Administration Limited (FOA).

The holder of this ticket expressly assumes all risk incident to the event, whether occurring prior to, during or subsequent to the actual conduct of the event, and agrees that all event participants, sanctioning bodies, IMS, FOA, Formula One Management Limited, Allsopp Parker & Marsh Limited, Allsport Management, FIA, ACCUS, USAC and all directors, officers, members, shareholders, owners, affiliates, employees and agents of each of the foregoing are hereby released from any and all claims arising from the events, including claims of negligence.

All rights to broadcast, record, photograph, repeat, reproduce or recreate the events are reserved to FOA. Any photographs or recordings shall not be used for any form of public advertisement or display or for any other purpose (except private purposes) without FOA's written consent. The holder of this ticket grants IMS and FOA and their designees the right to use the holder's image and/or likeness in any live or recorded video display or other transmission or reproduction of the events, including without limitation his/her rights of publicity. The holder of this ticket agrees not to take any action, or cause others to take any action, which would infringe on IMS' or FOA's rights. Use of this ticket constitutes acceptance of these terms. IMS reserves the right to revoke this ticket by refunding the printed purchase price.