UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: 2005 UNITED STATES GRAND PRIX | ) | Master Docket No. |
| PRODUCTS LIABILITY LITIGATION | ) | 1:05-cv-00914-SEB-VSS |

## CONSOLIDATED MOTION TO DISMISS OF CERTAIN RACING TEAM DEFENDANTS PURSUANT TO RULE 12 (b)(6)OF THE FEDERAL RULES OF CIVIL PROCEDURE

Defendants BMW Williams F1 Team, Panasonic Toyota Racing, Lucky Strike BAR Honda, West McLaren Mercedes, Mile Seven Renault F1 Team, Red Bull Racing and Sauber Petronas (collectively referred to as the "Teams") jointly move this Court to dismiss Counts II, III, IV and V of Plaintiffs' Second Amended Consolidated Class Action Complaint (the "Complaint"), as they relate to the Teams, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the following reasons:

1.      Count II (Third-Party Beneficiary) fails to state a claim upon which relief can be granted against any of the Teams because: a) as a matter of law the claimed failure to perform an entertainment event at a particular quality or character does not constitute a breach of contract enforceable by attending fans; b)  as a matter of law, Plaintiffs are not third-party beneficiaries of contracts between and among event sponsors and participants; and c)  Plaintiffs have failed to identify any contract or any contract provision that bestows on them third-party beneficiary status.

2.      Count III (Promissory Estoppel) fails to state a claim upon which relief can be granted against any of the Teams because: a) Plaintiffs have not adequately alleged the existence of an enforceable promise made by any of the Teams; b)  as a matter of law, Plaintiffs cannot invoke estoppel to convert unspecified advertising and

promotion into a promise that particular cars would participate in the Race or that the Race would be of a particular quality; and c) the factual allegations of the Complaint preclude any finding of reliance as a matter of law because the only alleged promises made by any defendant came after the alleged damages were sustained.

3.      Count IV (Common Law Negligence) fails to state a claim upon which relief can be granted against any of the Teams because it is barred by the economic loss doctrine and does not assert the breach of any recognized duty.

4.      Count V (Tortious Interference In Contract) fails to state a claim upon which relief can be granted against any of the Teams because a) Plaintiffs fail to allege that the teams intentionally induced a breach of any agreement; b) the Complaint's own specifically pled facts demonstrates Plaintiffs' inability to plead the required element that the alleged interference lacked justification; and c) Plaintiffs should not be allowed to manipulate the interference tort to accomplish the judicialization of fan disappointment that the courts have so carefully avoided to date.

5.      Matters alleged in the Plaintiffs' Complaint do not give rise to any justiciable issue.

This motion is based on the pleadings and papers on file in this action and the accompanying Memorandum of Law.

WHEREFORE, Defendants, BMW Williams F1 Team, Panasonic Toyota Racing, Lucky Strike BAR Honda, West McLaren Mercedes, Mile Seven Renault F1 Team, Red Bull Racing and Sauber Petronas, respectfully request that this Court grant their Motion and dismiss Counts II, III, IV and V of Plaintiffs' Second Amended Consolidated Class Action Complaint with prejudice, as they relate to the Teams, and grant such further

relief as it deems just and proper.

Respectfully submitted,

By:     /s/  James J. Dries
        Thomas A. Doyle
        Matthew G. Allison
        BAKER & McKENZIE LLP
        One Prudential Plaza
        130 E. Randolph Drive
        Suite 3500
        Chicago, IL  60601
        (312) 861-2630 phone
        (312) 698-2037 fax
        thomas.a.doyle@bakernet.com
        james.j.dries@bakernet.com
        matthew.g.allison@bakernet.com


        James McGinnis Boyers, Esq.
        William P. Wooden, Esq.
        Wooden & McLaughlin LLP
        One Indiana Square
        Suite 1800
        Indianapolis, IN 46204-2019
        Telephone: (317) 639-6151 phone
        Facsimile:   (317) 639-6444 fax
        jboyers@woodmaclaw.com
        wwooden@woodmaclaw.com

Attorneys for BMW Williams F1 Team,
Panasonic Toyota Racing, Lucky Strike BAR
Honda, West McLaren Mercedes, Mile Seven
Renault F1 Team, Red Bull Racing and Sauber
Petronas

Dated: September 21, 2005

## Certificate of Service

I hereby certify that on this 21st day of September, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Stephen E. Arthur | sarthur@h-mlaw.com |
| Raymond A. Basile | basile@h-mlaw.com |
| William Bock , III | wb@kgrlaw.com |
| Peter E. Borkon | pborkon@schubert-reed.com, |
| James McGinnis Boyers | jboyers@woodmaclaw.com, |
| Reynolds B. Brissenden | rbb@kgrlaw.com, tjb@kgrlaw.com |
| Lawrence F. Carnevale | carnevale@clm.com, |
| KC Cohen | kc@esoft-legal.com |
| Larry D. Drury | ldrurylaw@aol.com, |
| Robert L. Gauss | gauss@icemiller.com, worth@icemiller.com |
| Jeff S. Gibson | jgibson@cohenandmalad.com |
| Scott D. Gilchrist | sgilchrist@cohenandmalad.com, |
| Steven P. Handler | shandler@mwe.com, |
| Gabriel Adam Hawkins | ghawkins@price-law.com, |
| Peter W. Herzog , III | pwherzog@bryancave.com, |
| James A. Knauer | jak@kgrlaw.com, hns@kgrlaw.com |
| Offer Korin | okorin@katzkorin.com, cwright@katzkorin.com |

| Irwin B. Levin | ilevin@cohenandmalad.com, ccox@cohenandmalad.com |
|---|---|
| Kurtis Allen Marshall | kam@kgrlaw.com |
| David M. Mattingly | david.mattingly@icemiller.com, |
| | Jeni.Keene@IceMiller.com |
| Curtis W. McCauley | mccauley@icemiller.com, lantz@icemiller.com |
| John K. McDavid | jmcdavid@locke.com, sreynolds@locke.com |
| Shon Morgan | shonmorgan@quinnemanuel.com, |
| Eric S. Pavlack | epavlack@cohenandmalad.com, |
| Stephanie A. Petersmarck | spetersmarck@mwe.com, |
| Henry J. Price | hprice@price-law.com, mdabio@price-law.com; |
| | sbissonnette@price-law.com; jmiller@price-law.com |
| Bernard Lowell Pylitt | bpylitt@katzkorin.com, ckeith@katzkorin.com |
| Hugh E. Reynolds , Jr | hreynolds@locke.com, sdunn@locke.com; |
| | meaton@locke.com |
| Mark James Richards | mark.richards@icemiller.com, |
| James W. Riley , Jr | jriley@rbelaw.com, |
| William N. Riley | wriley@price-law.com, eamos@price-law.com |
| Robert C. Schubert | rschubert@schubert-reed.com, |
| Robert J. Schuckit | rschuckit@schuckitlaw.com, asmith@schuckitlaw.com |
| Richard E. Shevitz | rshevitz@cohenandmalad.com |
| | cmeadows@cohenandmalad.com |
| Bettina J. Strauss | bjstrauss@bryancave.com, |
| A. William Urquhart | billurquhart@quinnemanuel.com, |

Dylan A. Vigh            dvighlaw@gmail.com;

Scott Watson            scottwatson@quinnemanuel.com,

William P. Wooden            wwooden@woodmaclaw.com

Sally F. Zweig            szweig@katzkorin.com, jleguellec@katzkorin.com;

                         bburrows@katzkorin.com; vellis@katzkorin.com


s/James J. Dries
James J. Dries
Thomas A. Doyle
Matthew G. Allison
BAKER & McKENZIE LLP
One Prudential Plaza
130 E. Randolph Drive
Suite 3500
Chicago, IL  60601
(312) 861-2630 phone
(312) 698-2037 fax
thomas.a.doyle@bakernet.com
james.j.dries@bakernet.com
matthew.g.allison@bakernet.com

James McGinnis Boyers, Esq.
William P. Wooden, Esq.
Wooden & McLaughlin LLP
One Indiana Square
Suite 1800
Indianapolis, IN 46204-2019
Telephone: (317) 639-6151 phone
Facsimile:   (317) 639-6444 fax
jboyers@woodmaclaw.com
wwooden@woodmaclaw.com

Attorneys for BMW Williams F1 Team,
Panasonic Toyota Racing, Lucky Strike
BAR Honda, West McLaren Mercedes,
Mile Seven Renault F1 Team, Red Bull
Racing and Sauber Petronas