# EXHIBIT A

**MICHELIN** — Developing Technology in Competition

Saturday June 18 2005
Indianapolis

Charlie Whiting, FIA Race Director and Safety delegate

Dear Mr Whiting

Having analysed and fully evaluated the tyre failures that have occurred over the Indianapolis Grand Prix practice sessions we have been unable to identify a root cause.

The current rules and timescale do not permit the use of an alternative tyre solution and the race must be performed with the qualifying tyres.

Michelin has in the sole interest of safety informed its partner teams that we do not have total assurance that all tyres that qualified the cars can be used unless the vehicle speed in turn 13 can be reduced.

Michelin very much regrets this situation, but has taken this decision after careful consideration and in the best interests of safety at the event.

We trust that the FIA can understand our position and we remain at your disposal if you want any further information.

Pierre Dupasquier                              Nick Shorrock
Michelin Motorsport Director                   Director of Michelin F1 activities


Cc:   Bernie Ecclestone
      Michelin teams
      Ron Dennis (West McLaren-Mercedes)
      Flavio Briatore (Mild Seven Renault F1)
      Frank Williams (BMW WilliamsF1 Team)
      Peter Sauber (Sauber Petronas)
      Christian Horner (Red Bull Racing)
      Nick Fry (B-A-R Honda)
      John Howett (Panasonic Toyota Racing)



Michelin ETC
46, rue du Ressort
63100 CLERMONT-FERRAND • FRANCE

Téléphone : +33 (0)4 73 30 45 90
Télécopie : +33 (0)4 73 30 49 81
Internet : www.michelin.com