# EXHIBIT B





FEDERATION INTERNATIONALE DE L' AUTOMOBILE

19 June, 2005

Dear Mr Dupasquier,
Dear Mr Shorrock,

We have received your letter of 18 June.

We are very surprised that this difficulty has arisen. As you know, each team is allowed to bring two different types of tyre to an event so as to ensure that a back-up (usually of lower performance) is available should problems occur. It is hard to understand why you have not supplied your teams with such a tyre given your years of experience at Indianapolis.

That the teams you supply are not in possession of such a tyre will also be a matter for the FIA to consider in due course under Article 151c of the International Sporting Code.

No doubt you will inform your teams what is the maximum safe speed for their cars in Turn 13. We will remind them of the need to follow your advice for safety reasons. We will also ask them to ensure their cars do not obstruct other competitors.

Some of the teams have raised with us the possibility of running a tyre which was not used in qualifying. We have told them this would be a breach of the rules to be considered by the stewards. We believe the penalty would not be exclusion but would have to be heavy enough to ensure that no team was tempted to use qualifying tyres in the future.

Another possibility would be for the relevant teams repeatedly to change the affected tyre during the race (we understand you have told your teams the left rear is safe for a maximum of ten laps at full speed). If the technical delegate and the stewards were satisfied that each change was made because the tyre would otherwise fail (thus for genuine safety reasons) and that the relevant team were not gaining an advantage, there would be no penalty. If this meant using tyres additional to a teams' allocation, the stewards would consider all the circumstances in deciding what penalty, if any, to apply.





Finally, it has been suggested that a chicane should be laid out in Turn 13. I am sure you will appreciate that this is out of the question. To change the course in order to help some of the teams with a performance problem caused by their failure to bring suitable equipment to the race would be a breach of the rules and grossly unfair to those teams which have come to Indianapolis with the correct tyres.

Yours sincerely,

Charlie Whiting
FIA Formula One Race Director

cc: Bernie Ecclestone
Ron Dennis (West McLaren-Mercedes)
Flavio Briatore (Mild Seven Renault F1)
Frank Williams (BMW WilliamsF1 Team)
Peter Sauber (Sauber Petronas)
Christian Horner (Red Bull Racing)
Nick Fry (B-A-R Honda)
John Howett (Panasonic Toyota Racing)
Jean Todt (Scuderia Ferrari)
Colin Kolles (Jordan Grand Prix)
Paul Stoddart (Minardi F1 Team)

Formula One Press Corps

