# EXHIBIT D

### GENERAL UNDERTAKING

3) All drivers, competitors and officials participating in the Championship undertake, on behalf of themselves, their employees and agents, to observe all the provisions as supplemented or amended of the International Sporting Code (the Code), the Formula One Technical Regulations (the Technical Regulations) and the present Sporting Regulations together with all the provisions of the 1998 Concorde Agreement (the Agreement) of which they have had due notice.

4) The Championship is governed by the Agreement and its schedules.

5) Any special national regulations must be submitted to the FIA with the original application for inclusion of an Event on the international calendar. Only with the approval of the FIA can such special regulations come into force for an Event. The FIA will ensure that all applicant competitors are informed of such special regulations before entries close under Article 41.

### GENERAL CONDITIONS

6) It is the competitor's responsibility to ensure that all persons concerned by his entry observe all the requirements of the Agreement, the Code, the Technical Regulations and the Sporting Regulations. If a competitor is unable to be present in person at the Event he must nominate his representative in writing. The person having charge of an entered car during any part of an Event is responsible jointly and severally with the competitor for ensuring that the requirements are observed.

7) Competitors must ensure that their cars comply with the conditions of eligibility and safety throughout practice and the race.

8) The presentation of a car for scrutineering will be deemed an implicit statement of conformity.

9) All persons concerned in any way with an entered car or present in any other capacity whatsoever in the paddock, pit lane, or track must wear an appropriate pass at all times.

### LICENCES

10) All drivers, competitors and officials participating in the Championship must hold a FIA Super Licence. Applications for Super Licences must be made to the FIA through the applicant's ASN.

The driver's name will remain on the list for Super Licences for one year.

### CHAMPIONSHIP EVENTS

11) Events are reserved for Formula One cars as defined in the Technical Regulations.

12) Each Event will have the status of an international restricted competition.

13) With the exception of Monaco, the distance of all races, from the start signal referred to in Article 139 to the chequered flag, shall be equal to the least number of complete laps which exceed a distance of 305 km. However, should two hours elapse before the scheduled race distance is completed, the leader will be shown the chequered flag when he crosses the control line (the Line) at the end of the lap during which the two hour period ended. However, should the race be suspended (see Article 150) the length of the suspension will be added to this period.

The Line is a single line which crosses both the track and the pit lane.

14) The maximum number of Events in the Championship is 17, the minimum is 8.

15) The final list of Events is published by the FIA before 1 January each year.

16) An Event which is cancelled with less than three months written notice to the FIA will not be considered for inclusion in the following year's Championship unless the FIA judges the cancellation to have been due to force majeure.

17) An Event may be cancelled if fewer than 12 cars are available for it. 

WORLD CHAMPIONSHIP

18) The Formula One World Championship driver's title will be awarded to the driver who has scored the highest number of points, taking into consideration all the results obtained during the Events which have actually taken place.

19) The title of Formula One World Champion Constructor will be awarded to the make which has scored the highest number of points, results from both cars being taken into account.

20) The constructor of an engine or rolling chassis is the person (including any corporate or unincorporated body) which owns the intellectual property rights to such engine or chassis. The make of an engine or chassis is the name attributed to it by its constructor.

If the make of the chassis is not the same as that of the engine, the title will be awarded to the former which shall always precede the latter in the name of the car.

21) Points for both titles will be awarded at each Event according to the following scale:

    1st  :  10 points
    2nd  :  8 points
    3rd  :  6 points
    4th  :  5 points
    5th  :  4 points
    6th  :  3 points
    7th  :  2 points
    8th  :  1 point



22) If a race is suspended under Article 150, and cannot be resumed, no points will be awarded if the leader has completed less than two laps, half points will be awarded if the leader has completed more than two laps but less than 75% of the original race distance and full points will be awarded if the leader has completed more than 75% of the original race distance.

23) The drivers finishing first, second and third in the Championship must be present at the annual FIA Prize Giving ceremony.

**DEAD HEAT**

24) Prizes and points awarded for all the positions of competitors who tie, will be added together and shared equally.

25) If two or more constructors or drivers finish the season with the same number of points, the higher place in the Championship (in either case) shall be awarded to:

    a) the holder of the greatest number of first places,

    b) if the number of first places is the same, the holder of the greatest number of second places,

    c) if the number of second places is the same, the holder of the greatest number of third places and so on until a winner emerges.

    d) if this procedure fails to produce a result, the FIA will nominate the winner according to such criteria as it thinks fit.

**PROMOTER**

26) An application to promote an Event must be made to the ASN of the country in which the Event is to take place, which will apply to the FIA. It must be accompanied by written evidence that the promoter has made arrangements within the terms of the Agreement to secure the participation of competitors, which arrangements are conditional only upon the FIA entering the Event on the Championship calendar.



- illegitimately prevented a legitimate overtaking manoeuvre by a driver;
- illegitimately impeded another driver during overtaking.

53) a) It shall be at the discretion of the stewards to decide, upon a report or a request by the race director, if a driver or drivers involved in an incident shall be penalised.

   b) If an incident is under investigation by the stewards a message informing all teams which driver or drivers are involved will be displayed on the timing monitors.

   Provided that such a message is displayed no later than five minutes after the race has finished the driver or drivers concerned may not leave the circuit without the consent of the stewards.

54) The stewards may impose any one of three penalties on any driver involved in an Incident:

   a) A drive-through penalty. The driver must enter the pit lane and re-join the race without stopping;

   b) A ten second time penalty. The driver must enter the pit lane, stop at his pit for at least ten seconds and then re-join the race.

   c) a drop of ten grid positions at the driver's next Event.

   However, should either of the penalties under a) and b) above be imposed during the last five laps, or after the end of a race, Article 55b) below will not apply and 25 seconds will be added to the elapsed race time of the driver concerned.

55) Should the stewards decide to impose either of the penalties under Article 54a) or b), the following procedure will be followed:

   a) The stewards will give written notification of the penalty which has been imposed to an official of the team concerned and will ensure that this information is also displayed on the timing monitors.

   b) From the time the stewards' decision is notified on the timing monitors the relevant driver may cover no more than three complete laps before entering the pit lane and, in the case of a penalty under Article 54b), proceeding to his garage where he shall remain for the period of the time penalty.

   Whilst a car is stationary in the pit lane as a result of incurring a time penalty it may not be worked on. However, if the engine stops it may be started after the time penalty period has elapsed.

   c) When the time penalty period has elapsed the driver may rejoin the race.

   d) Any breach or failure to comply with Articles 55b) or 55c) may result in the car being excluded.

## PROTESTS

56) Protests shall be made in accordance with the Code and accompanied by a fee of 2000 US Dollars.

## SANCTIONS

57) The stewards may inflict the penalties specifically set out in these Sporting Regulations in addition to or instead of any other penalties available to them under the Code.

## CHANGES OF DRIVER

58) a) During a season each team will be permitted to use four drivers (excluding any third driver taking part in either of the free practice sessions on the first day of practice). Changes may be made at any time before the start of the qualifying practice session provided any change proposed after 16.00 on the day of scrutineering receives the consent of the stewards.

   Additional changes for reasons of force majeure will be considered separately.

   Any new driver may score points in the Championship.

   b) In addition to the above all teams, other than those who finished in the top four positions of the previous year's World Championship for Constructors, will be permitted to run a third driver during both free practice sessions on the first day of practice provided: