UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: 2005 UNITED STATES GRAND PRIX | ) | Master Docket No. |
| PRODUCTS LIABILITY LITIGATION | ) | 1:05-00914-SEB-VSS |

## NOTICE OF MANUAL FILING

Please take notice that Plaintiffs, by counsel, have manually filed the following documents, Exhibits C and E to Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss. These documents have not been filed electronically because said documents were "Filed Under Seal Pursuant to Court's Protective Order Dated October 11, 2005" and pursuant to Local Rule 5.3. The documents have been served on all parties as listed in this Court's Protective Order.

Respectfully submitted:

 s/ Henry J. Price
Henry J. Price (#5822-49)
William N. Riley (#14941-49)
Gabriel A. Hawkins (#23449-53)
PRICE WAICUKAUSKI RILEY & DeBROTA, LLC
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone: (317) 633-8787
FAX: (317) 633-8797
Email: hprice@price-law.com
Email: wriley@price-law.com
Email: ghawkins@price-law.com

Irwin B. Levin (#8786-49)
Richard E. Shevitz (#12007-49)
Scott Gilchrist (#16729-53)             William Bock, III (#14777-49)
Jeff S. Gibson (#22362-49)              James A. Knauer (#5436-49)
Eric S. Pavlack (#21773-49)             Reynolds B. Brissenden (#19989-49)
**COHEN & MALAD, LLP**                   Kurtis Allen Marshall (#23667-45)
One Indiana Square, Suite 1400           **KROGER, GARDIS & REGAS, LLP**
Indianapolis, IN  46204                  111 Monument Circle, Suite 900
Telephone: (317) 636-6481                Indianapolis, IN  46204
Facsimile: (317) 636-2593                Telephone: (317) 692-9000
ilevin@cohenandmalad.com                 Facsimile: (317) 264-6824
rshevitz@cohenandmalad.com               wb@kgrlaw.com
sgilchrist@cohenandmalad.com             jak@kgrlaw.com
jgibson@cohenandmalad.com                rbb@kgrlaw.com
epavlack@cohenandmalad.com               kam@kgrlaw.com