# APPENDIX

### Historical Background[1]

On June 19, 2005, 120,000 Formula One racing fans ("the Plaintiffs") gathered at the Indianapolis Motor Speedway ("IMS") to witness a regulation Championship Series Formula One Race known as the 2005 United States Grand Prix ("USGP").[2]   IMS president, Joie Chitwood ("Chitwood"), advertised this race as "the most fan-friendly event scheduled in the six years that the United States Grand Prix has run at Indianapolis."[3]   Despite Chitwood's exhortation, immediately into this "fan-friendly event," the Plaintiffs were so cheated—to quote Formula One representative Bernie Ecclestone ("Ecclestone")—that they left the race in droves.

An examination of (1) the Defendants' solicitation of the Plaintiffs, (2) the problems associated with the failure of Michelin's tires, (3) the Defendants' negotiations prior to the race, and (4) the Defendants' post-race statements allows one to understand why Ecclestone concluded the Plaintiffs were "cheated."

A.  *The Defendants' Solicitation of the Plaintiffs*

Federation Internationale De L'Automobile ("FIA") supervises the Formula One Championship Racing Series.  This series is governed by the 1997 Formula One Concorde Agreement and is comprised of several international Formula One Championship Series races wherein participating drivers earn points if they finish within the top eight positions of a particular Championship Series race.  *See 2005 Formula One Sporting Regulations*, Rule 21.

---

[1] Attached to this appendix is a copy of the relevant portions of the articles contained herein.
[2] Michelin has indicated 120,000 people attended the 2005 USGP.  *F1 Won't Recover in the States*, http://www.planet-f1.com/teams/team_news/sauber/story_20103.shtml, issued July 1, 2005.  The Indianapolis Convention and Visitors Association estimated 110,000 non-Indianapolis residents attended the 2005 USGP. *Spectators Take Legal Action*, http://www.itv-f1.com/News_Article.aspx?PO_ID=33212, June 21, 2005.
[3] http://www.usgpidy.com/story_id=4386, August 31, 2005.

The 2005 USGP was the ninth race in the 2005 Formula One Championship Series races.[4]  Of the eight previous 2005 Formula One Championship Series races, six races had twenty cars participating and two races had eighteen cars participating.[5]

Substantially before the running of the 2005 USGP, the Defendants began to aggressively advertise the race.  Aside from the promotion of the 2005 USPG contained on the various Defendant's internet websites, the Defendants issued posters that specifically referenced the previous 2005 Formula One Championship Series races and indicated ten world-renown Formula One racing teams would participate in the race.[6]  In addition to these posters, the Defendants issued pamphlets, which represented that twenty cars would be participating in the 2005 USGP and encouraged Formula One Racing fans to buy tickets to the race so they could be present when three of the twenty drivers are awarded "podium finishes."

Approximately 120,000 Formula One fans purchased IMS tickets to and/or attended the 2005 USGP.  Each of these tickets contained clearly visible language stating the ticket was not refundable.  Each ticket also contained an "exculpatory clause" stating:

> The holder of this ticket expressly assumes all risk incident to the event, whether occurring prior to, during or subsequent to the actual conduct of the event, and agrees that all event participants, sanctioning bodies, IMS, FOA, Formula One Management Limited, Allsopp Parker & Marsh Limited, Allsport Management, FIA ASSUS, USAC and all directors, officers, members, shareholders, owners, affiliates, employees and agents of each of the foregoing are hereby released from any and all claims arising from the events, including claims of negligence.

Unlike the "no refund" indication printed on the front side of the ticket, the exculpatory clauses were in fine print and contained on the back side of the ticket.

---

[4] http://www.fia.com/sport, last visited September 8, 2005.
[5] *Id.*
[6] These posters indicated ten Formula One racing teams would participate in the 2005 USGP by placing pictures of the well-recognized cars belonging to each team on the poster.  See also *2005 FIA Formula One World Championship Entry List*, http://www.usgpindy.com/drivers (IMS website posting ten teams and twenty drivers for the FIA Formula One Word Championship Entry List).

B.  *The Failure of Michelin's Tires*

The 2005 USGP participant teams of Mile Seven Renault, West McLaren Mercedes, Lucky Strike BAR Honda, Sauber Petronas, Red Bull Racing, Panasonic Toyota Racing, and BMW Williams ("the Michelin Teams") are contractually obligated to use tires from Michelin ETC ("Michelin") while participating in Formula One Championship Series Races.  *See Federation Internationale De L' Automobile, Press Release*, FIA Senate Meeting, Paris July 14, 2005.  The 2005 USGP participant teams of Scuderia Ferrari Marlboro, Jordon Grand Prix, and Minardi Cosworth ("the Bridgestone Teams") had similar agreements with the Bridgestone Tire Corporation ("Bridgestone").  *Id.*

Prior to the 2005 USGP, both Bridgestone and Michelin were given a specific and unambiguous warning that they were required to supply tires suitable for the IMS Circuit.  In furtherance of this warning, FIA president Max Mosley ("Mosley") sent a letter regarding tire performance to Michelin on June 1, 2005.  This letter states in part:

> Dear Pierre
>
> Tyre failures in Formula One
>
> [T]here have been a number of tyre failures in Formula One this season, both in racing and, we understand, in testing.
>
> It is impossible for the FIA to assess the structural integrity, wear resistance or strength of a tyre.  We have neither the technical resources nor the necessary knowledge.  Formula One is therefore totally dependent on the tyre suppliers to ensure that no risks are taken in the pursuit of performance.
>
> Tyres should be built to be reliable under all circumstances, including prolonged periods under the safety car, off-road excursions, abuse on kerbs, contact with other cars and contact with debris on the track.
>
> A tyre failure can put not only the driver at risk but may endanger members of the public.  We are confident that we can rely on you to make every effort to see that there are no more tyre failures this season.
>
> Thank you very much for your efforts to make Formula One as safe as possible for everyone involved.  We are sending an identical letter to Bridgestone.

*FIA letter to Mr. Pierre Dupasquier, Michelin ETC*, June 1, 2005.  Michelin acknowledged this letter in a return letter dated June 2, 2005.  *See Michelin letter to Mr. Max Mosley, President FIA*, June 2, 2005.

Despite this explicit warning, Michelin not only failed to provide tires capable of withstanding the stresses of the IMS Circuit but inexplicably failed to provide the Michelin Teams with a set of high-reliability "backup tires" to allow the Michelin Teams to race in the event their high-performance tires were unable to withstand the demands of the IMS Circuit.

During a June 17, 2005 practice session on the IMS Circuit, Toyota drivers Ralf Schumacher and Ricardo Zonta both suffered left-rear tire failures.  *Gentlemen, Stop Your Engines*, Matt Bishop, F-1 Racing p. 10.  After an examination of other Michelin tires, experts initially concluded there was an intrinsic flaw in the tires' manufacturing process.  *Id.*  However, after further examination, it became clear that Michelin—in an effort to achieve superior performance—failed to design the Michelin Teams' 2005 USGP tires' sidewalls to withstand the forces associated with negotiating the thirteenth turn of the IMS Circuit.  *Id.*  After confirming this failure, Michelin informed the Michelin Teams they should run no more than ten cumulative laps per car while conducting practice sessions on Saturday, June 18, 2005.  *Id.*

Prompted by its failure to provide adequate tires, Michelin wrote FIA race director and safety delegate Charlie Whiting ("Whiting") on June 18, 2005.  Michelin's letter stated in part:

> Dear Mr. Whiting
>
> Having analysed [sic] and fully evaluated the tyre failures that have occurred over the Indianapolis Grand Prix practice session we have been unable to identify a root cause.
>
> The current rules and timescale do not permit the use of an alternative tyre solution and the race must be performed with the qualifying tyres.

Michelin has in the sole interests of safety informed its partner teams that we do not have total assurance that all tyres that qualified the cars can be used unless the vehicle speed in turn 13 can be reduced.

*Michelin letter to Charlie Whiting*, June 18, 2005.

The FIA responded to Michelin's letter on June 19, 2005, stating in part:

We have received your letter of 18 June.

We are very surprised that this difficulty has arisen. As you know, each team is allowed to bring two different types of tyre to an event so as to ensure that a back-up (usually of lower performance) is available should problems occur. It is hard to understand why you have not supplied your teams with such a tyre given your years of experience at Indianapolis.

*FIA letter to Mr. Dupasquier*, June 19, 2005.

Michelin also issued Whiting a letter on June 19, 2005. This letter stated in part,

Dear Mr. Whiting,

With reference to our letter of June 18th and having collected the results of our in depth analysis from France and the USA, we confirmed that with the tyres on which we have qualified we are not able to sufficiently guarantee the total safety of the drivers.

As a result we reached the conclusion that we will not compete with these tyres in the current configuration of the circuit.

We therefore reiterate our request to have a significant reduction of vehicle speed in [turn 13].

*Michelin letter to Charlie Whiting*, June 19, 2005.

The FIA responded to Michelin's June 19, 2005 letter, stating in part:

Thank you for your letter of today's date.

As explained in our earlier letter, your teams have a choice of running more slowly in [turn 13], running a tyre not used in qualifying (which would attract a penalty) or repeatedly changing a tyre (subject to valid safety reasons).

It is for them to decide. We have nothing to add.

*FIA letter to Michelin*, June 19, 2005.

5

In an attempt to circumvent the problems associated with its deficient tires, Michelin had a second set of tires, designed for use at the Barcelona Circuit, flown from France to IMS. However, rather than providing a more durable tire with less performance, the Barcelona tires shared the same design flaws as the IMS tires. Bishop, *Gentlemen Stop Your Engines* at 10. Accordingly, Michelin was forced to withdraw the Barcelona tires after testing them. *Id.*

Michelin has unambiguously admitted to failing to provide tires suitable for the IMS Circuit. As stated by Michelin representative Pierre Dupasquier, "Hand on heart, we have said we screwed up."[7] Michelin has also openly acknowledged that it made a "mistake" by failing to bring lower-performance, but more reliable, back-up tires to IMS. *See June 29, 2005 Submission of 6 Formula One Teams to The FIA World Motor Sport Council 9(6).*

Others, outside of Michelin and the FIA, were openly critical of Michelin's failure. As stated by British journalist Nigel Roebuck in describing "the stupidity" of it all:

> Many of these same people were here a few weeks ago (for the Indianapolis 500) watching supposedly less-sophisticated cars go a lot faster through four high-speed turns every lap without a single tire problem.

Steve Ballard, *Worldwide Press Rips Michelin, F-1*, Indianapolis Star, June 21, 2005.

C. *The Negotiations*

Michelin's failure to fulfill its contractual obligations by providing adequate tires for the IMS Circuit precipitated negotiations between the FIA, the Michelin Teams, and other signatories of the Concorde Agreement in an attempt to circumvent Michelin's failure. Several of the Defendants' statements demonstrate that, rather than attempting to use one of several reasonable means available to ameliorate the problems created by the Michelin tire defect, the Defendants exploited the Michelin tire problem—and, by extension, the Plaintiffs—to advance

---

[7] *Michelin Will Only Pay for Indy Tickets*, http://autosport-atlas.com/news.aspx?id=45339&s=5, July 1, 2005.

their interests in a long-waged struggle over the future of control of Formula One and its corresponding revenues.

At 9:00 a.m. on June 19, 2005, a meeting was held to address the problems created by the Michelin tire defect.  This meeting was attended by Tony George ("George") of IMS, Pierre Dupasquier and Neil Sharrock of Michelin, and various representatives from every designated 2005 USGP racing team other than Ferrari.  Adam Cooper, *Chronicle of a Debacle*, Autosport-Atlas.  Although the Plaintiffs are unaware of what proposals were advanced in this meeting, the Defendants' post-meeting statements indicate the Defendants were aware of several options that would have provided for driver safety and a race.

Most notably, the vast majority of the Defendants insist that a combination of using a "chicane" and providing the Michelin teams with a penalty for failing to bring suitable tires to IMS would have (1) provided for driver safety, (2) rewarded the Bridgestone Teams for bringing suitable tires, and (3) allowed for a competitive race.[8]

Nineteen Formula One drivers, who were involved in the 2005 USGP, issued a signed declaration that a chicane would have been a "perfectly workable solution in Indianapolis."  See June 23, 2005, *Drivers' Statement to the World Motor Sport Council Hearing*.  As stated by the Michelin Team drivers, Formula One racing history "is littered with examples of chicanes installed for pragmatic reasons," including races at Barcelona, Canada, and Spa.[9]

Michelin also issued a formal statement asserting a chicane would have allowed for a safe and proper race.[10]  Furthermore, Ecclestone and George noted that a chicane could have been successfully added to provide for a safe and competitive race.  *Submissions on Behalf of 6 Formula One Teams*, Before the FIA World Motor Sport Council, June 29, 2005.

---

[8] A chicane is an obstacle built of tires that would have reduced car speed in turn thirteen.
[9] http://www.itv-f1com/Feature.aspx?Type=James_Allen&PO_ID=33214.
[10] *Teams Prepare for War or Peace*, Jonathan Noble, http://www.autosport-atlas.com/news.aspx?id=45281&s=5.

As stated by Peter Sauber,

I don't understand why the FIA said no to the chicane, because it was a safe thing. We have had many bad chicanes in F1, and many bad chicanes in other series, all over the world. It was easy to build a good chicane here, and if we'd done so we could have put on a good race for all the spectators who we instead let down.

Bishop, *Gentlemen Stop you Engines* at 12.

In addition to the driver and spectator safety provided by a chicane, the 2005 USGP would have remained competitive and would have rewarded the Bridgestone Teams for bringing suitable tires because the Michelin Teams offered (1) to accept penalties, (2) to race without eligibility for points, or (3) to allow the Bridgestone Teams to be placed at the front of the starting grid if a chicane were added.[11] The Michelin Teams "were prepared to race for no points and give them all to Ferrari."[12] Despite the virtual unanimity as to the feasibility of a chicane and the Michelin Teams' willingness to accept a penalty, the FIA refused to allow a chicane to be introduced to the IMS Circuit, and Ferrari would not provide the unanimous consent to the chicane, which was apparently required by the Concorde Agreement.[13]

The FIA also proffered several other means of circumventing the problems posed by Michelin's defective tires. On June 20, 2005, the FIA issued the following statement: "Rather than boycott the race, the Michelin teams should have agreed to run at reduced speed in turn 13. The rules would have been kept, [the Michelin Teams] would have earned Championship points and the fans would have had a race."[14] Mosley insisted that issuing a speed restriction in turn thirteen was a viable solution because drivers run at reduced speed "all the time" to accommodate handling deficiencies, heavy fuel loads, fading brakes, and punctures.[15]

---

[11] *Michelin Teams Apologize to Fans*, http://www.itv-f1.com/News_Article.aspx?PO_ID=33192, June 19, 2005.
[12] *Williams was Desperate to Race*, http://www.itv-f1.com/News_Article.aspx?PO_ID=33209, June 21, 2005.
[13] *Michelin Teams Apologize to Fans*, http://www.itv-f1.com/News_Article.aspx?PO_ID=33192, June 19, 2005.
[14] *Michelin Teams Summoned by FIA*, http://www.autosport-atlas.com/news.aspx?id=45127&s=5, June 20, 2005.
[15] *Dennis: "We had to Restrain Kimi,"* http://www.itv-f1.com/News_Article.aspx?PO_ID=33236, June 24, 2005.

Mosley also asserts the FIA's solutions of allowing the Michelin Teams to periodically change their tires or use the pit lane to circumvent turn thirteen were viable means of complying with the rules and allowing a safe race.  *FIA Press Release*, *The United States Grand Prix*, *Questions to Max Mosley*, July 22, 2005.  Nonetheless, according to the FIA, "the Michelin teams refused to agree unless the Bridgestone runners were slowed by the same amount."[16]

Despite the inability of the Formula One teams and the FIA to agree on one of the several options available to circumvent the Michelin tire problem, Formula One affiliates continued to represent to the 120,000 Plaintiffs in attendance that a twenty-car race would be run.  Prior to the race, Ecclestone, when asked whether he expected a full grid of twenty cars, stated "[a]bsolutely. I am 100-percent sure it will happen."[17]  The ceremonial "Drivers' Track Parade" was conducted with twenty drivers presented to the IMS crowd for review.  Between 11:45 a.m. and 12:15 p.m., the IMS public address system published a starting grid of twenty cars.  Finally, prior to the start of the race, all twenty drivers ran a "formation lap."

Despite these representations and without prior notice to the Plaintiffs, all fourteen of the Michelin Team drivers exited the circuit before the start of the race, entered the circuit's pit lane, and proceeded to park in their respective garages.  The 2005 USGP was run with only six cars—three-tenths of what was promised to the Plaintiffs.  Recognizing they had been "cheated," the Plaintiffs left in "droves" shortly after the formation lap.[18]

---

[16] *Teams Boycott 'Damaged the Sport'* http://www.itv-f1.com/News_Article.aspx?PO_ID33201, June 21, 2005.
[17] *Race will go ahead says Bernie*, http://www.itv-f1.com/News_Article.aspx?PO_ID=33180, June 19, 2005.
[18] Since the inaugural Formula One Championship Race in 1950, the Formula One Championship Series race with the fewest numbers of cars participating was the Argentina Grand Prix of 1958, with ten cars participating. http://www.hardforum.com/showthread.php?p=1027828555, September 11, 2005.

Other patrons, in reaction to being "cheated," threw bottles, beer, and other debris onto the IMS Circuit.[19]  According to one patron, IMS was sufficiently aware of the anger generated from the Defendants' opprobrium that guards in riot gear were placed at the IMS ticket window.

Aside from being three-tenths of the race the Defendants promised, a six-car race was particularly awkward in light of the 2005 FIA Regulations and the history of Formula One racing.[20]  For instance, the 2005 FIA Regulations provide that a race may be cancelled if fewer than twelve cars are available.  *2005 Formula One Sporting Regulations*, Rule 17.  The 2005 FIA Regulations also require at least eleven cars to be present in a particular race in order to implement a ten-grid position penalty that is triggered by certain infractions.  *2005 Formula One Sporting Regulations*, Rule 54(c).  Finally, the 2005 FIA Regulations provide for eight qualifying positions that earn points in every regulation Championship Series race, which necessitates the presence of more than six cars.  *2005 Formula One Sporting Regulations*, Rule 21.

D.   *Post-race Inquiries and Statements*

After the 2005 USGP, several Formula One affiliates issued statements indicating (1) the Plaintiffs were "cheated," (2) the 2005 USGP did not constitute "a race," (3) there were many viable alternatives to not racing, and (4) some of the problems that led to the "farcical" exhibition were deliberately manufactured or exploited by Michelin, the Michelin Teams, and the FIA.

IMS issued the following statement: "The Indianapolis Motor Speedway shares in the disappointment with loyal fans of IMS and Formula 1 that we did not see the exciting race we all

---

[19] *Sunday Press Conference – Post Race*, http://www.fia.com/mediacentre/Press, June 19, 2005.
[20] *Schumacher Wins Farcical USGP*, http://www.autosport-atlas.com/news.aspx?id=45097&s=5, June 19, 2005.

anticipated . . . We suggest the fans who wish to make their feelings known contact Michelin, the FIA, and Formula One Management."[21]

FIA President Mosley said of Michelin, "[m]orally, there's no question in my mind, they deprived the fans of something . . . They owe the fans money and they owe the fans compensation for wasted time."[22]  Mosley later stated, "I have a feeling that if [Michelin gets] out of this for less than $50 million, they will have done well."[23]

Driver, and former Indianapolis 500 winner, Jacques Villeneuve agrees with Mosely's assessment of Michelin's responsibility for the "farcical" race.  While assessing the adequacy of Michelin's refund, Villenuve stated "[s]aying we messed up and now we're going to give you a freebie, I'm not sure that cleans the mess-up of the year before."[24]

Minardi team owner Paul Stoddart asserted that the Plaintiffs were "innocent victims"[25] and "[t]he most important thing today is that a race should have gone ahead, but this is not a race, this is a farce."[26]  The FIA's statement of, "they would have earned Championship points and the fans would have had a race" indicates the FIA concurs with Stoddart's conclusion that the 2005 USGP did not constitute "a race."[27]

Members of other racing leagues issued statements similar to the above-cited assessments.  As stated by Jimmie Johnson of NASCAR, "[i]t's unbelievable when only a few cars start the race after traveling that far."[28]  Boris Said of NASCAR stated of the 2005 USGP, "that's a joke they didn't give the fans a race."[29]

---

[21] *IMS Pins Blame on F1 and Michelin,* http://www.itv-f1.com/News_Article.aspx?PO_ID=33196, June 19, 2005.
[22] *Stoddart Calls on Mosley to Resign,* http://www.itv-f1.com/News_Article.aspx?PO_ID=33216, June 21, 2005.
[23] *Michelin Will Only Pay for Indy Tickets,* http://www.autosport.com/news.aspx?id=45339&s=5, July 1, 2005.
[24] *F1 Won't Recover,* http://www.planet-f1.com/teams/team_news/sauber/story_20103.shtml, July 1, 2005.
[25] *Mosley Dismisses Team Boycott,* http://www.itv-f1.com/News_Article.aspx?PO_ID=33258, June 28, 2005.
[26] *Angry Stoddart Criticizes Jordan,* http://www.itv-f1.com/News_Article.aspx?PO_ID=33187, June 19, 2005.
[27] *Michelin Teams Summoned by FIA,* http://www.autosport-atlas.com/news.aspx?id=45127&s=5, June 20, 2005.
[28] *F1 Slammed by NASCAR Drivers,* http://www.autosport-atlas.com/news.aspx?id=45270&s=5, June 27, 2005.
[29] *Id.*

Patrons of the 2005 USGP were also quoted as stating: "I came all the way from Detroit for nothing. I was rooting for Renault, but it doesn't' matter, because I just wanted to see a race;" "We want our money back;" "A lot of these people have spent thousands of dollars to get here. For Formula One to spit in their face shows a total lack of respect for the fans;" "I drove 10 hours from Canada . . . To have them run with the two slowest teams is a farce."[30]

Aside from the alternatives to not racing listed in the above subsection, Formula One affiliates stressed that the failure of the FIA and the Michelin Teams was not that the parties could not agree to a specific alternative to not racing; rather, the failure was the absence of a commitment to agree to one of several perfectly viable alternatives. As stated by Minardi owner Paul Stoddart, "The procedure is that ten teams are going to have to agree [on] something." Adam Cooper, *Chronicle of a Debacle*, Autosport-Atlas. Formula One's David Coulthard also stated, "It's quite remarkable that we couldn't find a resolution in the interests of the sport."[31]

An FIA telefax sent to all Formula One teams asserts that another cause of the failure to provide a race and fulfill their obligations to the 2005 USGP patrons was the fact that Michelin and the Michelin Teams assumed the duty of resolving the problems caused by Michelin's defective tires rather than allowing the problem to be resolved by FIA leadership in accordance with the rules. This telefax states in part:

> Having had time to reflect on Indianapolis, I believe the fundamental mistake was that Michelin (or a Michelin Team) did not come to us with their problem in accordance with the International Sporting Code, but instead sought to impose a solution.
>
> * * *
>
> Had Michelin come to us with their problem and told us their maximum safe speed on Turn 13, I would immediately have called a meeting of the team managers, with whom I normally work. I have no doubt we would have found a solution – I myself can think of four possibilities before facing the choice of using the pit lane each lap or

---

[30] *Outraged Fans Storm Out of the Speedway*, http://emagazine.credit-suisse.com/article, June 20, 2005.
[31] *Sunday Press Conf. – Post Race*, http://www.fia.com/mediacentre/Press_Informaiton/F1/Press, June 19, 2005.

withdrawing from the race.  With the help of the team managers I am sure this list of four would have grown and all options then have been presented to the stewards.

July 5, 2005 *Federation Internationale De L' Automobile Telefax to all Formula One Teams.*

Other comments issued by the Formula One affiliates demonstrate that the reason for the "quite remarkable" fact that FIA and the Michelin Teams were not able to agree on "something" was not because of safety concerns but because of the parties' desire to exploit the Michelin tire problem—and, by extension, the 120,000 Plaintiffs—to advance their interests in the internecine conflict that has pervaded Formula One racing.

For instance, Paul Stoddart stated, "Mosley refused to accept any of the solutions offered, and that refusal was, I believe, politically motivated."  *FIA Chief to Michelin: Free Tickets in 2006*, Curt Cavin, Indianapolis Star, June 23, 2005.  Conversely, Mosley has gone so far as to assert that the severity of the Michelin tire problem was exaggerated by Michelin and the Michelin Teams to exploit the FIA and Ferrari.  Mosley stated, "I felt intense irritation because I also suspected the tyre problem was not as grave as they represented.  I felt the situation had been created artificially and deliberately."[32]

Peter Windsor of *The Speed Channel* apparently concurs in Mosley's suspicion that Michelin and the Michelin Teams exploited the tire problem for political reasons.  While covering the 2005 Italian Grand Prix, Windsor concluded that the Michelin Teams issued their ultimatum because of political reasons in an attempt to further their struggle against the FIA— fomented by the 2007 expiration of the Concorde Agreement—and to gain the corresponding control of Formula One revenues.  Windsor additionally stated, "And before you tell me that their Michelin Turkish problem was totally different from that of Indy, be aware that the Michelin men agree with me*: Kimi and Fernando lost easy points [by not racing]."

---

[32] *Mosley Dismisses Team Boycott*, http://www.itv-f1.com/News_Article.aspx?PO_ID=33258, June 28, 2005.

On June 20, 2005, the FIA World Motor Sport Council summoned the seven Michelin Teams to a June 29, 2005, hearing in Paris to answer to allegations concerning their refusal to race in the 2005 USGP.  The Defendants made it abundantly clear from the outset that the findings of this hearing, and subsequent appeal, were made with a heavy eye toward the litigation in the case at bar.  As formally stated by the Michelin Teams,

> It is especially important to avoid a rush to judgment given that all relevant persons face class action litigation.  A partial or hasty judgment would damage the interests of Formula One and all those involved in it, and simply give ammunition to the plaintiffs in the US litigation.

*Submissions on Behalf of 6 Formula One Teams,* Before the FIA World Motor Sport Council, Paris, June 29, 2005.

With the Michelin Teams' less-than-subtle suggestion that a finding of improper conduct could affect "all" of the Defendants serving as a backdrop, the FIA World Motor Sport Council only found the Michelin Teams guilty of failing to ensure they were in possession of suitable tires and of wrongfully refusing to allow their cars to start the race.  Both guilty findings were then "cancelled" in a July 14, 2005 FIA Senate meeting.  *See FIA Senate Meeting Press Release*, Paris July 14, 2005.

On August 18, 2005, the Plaintiffs submitted their Second Amended Consolidated Class Action Complaint so as to subject the Defendants' conduct to an adjudication that—in contrast with the FIA adjudication—would not be subject to the pernicious desire to influence matters external to the adjudication.  The Defendants filed their Motion to Dismiss on September 19, 2005, and the Plaintiffs submitted this response on October 21, 2005.

# EXHIBIT 1

## WORLD CHAMPIONSHIP

18) The Formula One World Championship driver's title will be awarded to the driver who has scored the highest number of points, taking into consideration all the results obtained during the Events which have actually taken place.

19) The title of Formula One World Champion Constructor will be awarded to the make which has scored the highest number of points, results from both cars being taken into account.

20) The constructor of an engine or rolling chassis is the person (including any corporate or unincorporated body) which owns the intellectual property rights to such engine or chassis. The make of an engine or chassis is the name attributed to it by its constructor.

If the make of the chassis is not the same as that of the engine, the title will be awarded to the former which shall always precede the latter in the name of the car.

21) Points for both titles will be awarded at each Event according to the following scale:

| | | |
|-----|---|----------|
| 1st | : | 10 points |
| 2nd | : | 8 points |
| 3rd | : | 6 points |
| 4th | : | 5 points |
| 5th | : | 4 points |
| 6th | : | 3 points |
| 7th | : | 2 points |
| 8th | : | 1 point |

22) If a race is suspended under Article 150, and cannot be resumed, no points will be awarded if the leader has completed less than two laps, half points will be awarded if the leader has completed more than two laps but less than 75% of the original race distance and full points will be awarded if the leader has completed more than 75% of the original race distance.

23) The drivers finishing first, second and third in the Championship must be present at the annual FIA Prize Giving ceremony.

## DEAD HEAT

24) Prizes and points awarded for all the positions of competitors who tie, will be added together and shared equally.

25) If two or more constructors or drivers finish the season with the same number of points, the higher place in the Championship (in either case) shall be awarded to:

a) the holder of the greatest number of first places,

b) if the number of first places is the same, the holder of the greatest number of second places,

c) if the number of second places is the same, the holder of the greatest number of third places and so on until a winner emerges.

d) if this procedure fails to produce a result, the FIA will nominate the winner according to such criteria as it thinks fit.

## PROMOTER

26) An application to promote an Event must be made to the ASN of the country in which the Event is to take place, which will apply to the FIA. It must be accompanied by written evidence that the promoter has made arrangements within the terms of the Agreement to secure the participation of competitors, which arrangements are conditional only upon the FIA entering the Event on the Championship calendar.

# EXHIBIT 2



Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33212
SPECTATORS TAKE LEGAL ACTION
Last Updated: Tuesday, 21, June, 2005, 17:06

The FIA, Michelin and the Indianapolis circuit are facing legal action from enraged fans amid the furore over Sunday"s United States Grand Prix non-event.

Larry Bowers, James E Miller and William Daniels filed three separate class-action lawsuits on Monday.

They demand refunds and reimbursement after the race went ahead with only six cars on the grid following the Michelin teams' boycott.

The lawsuits hold the governing body, the circuit, and Michelin jointly responsible for failing to run the event as advertised.

The Indianapolis Motor Speedway urged fans to hold the FIA, Bernie Ecclestone's Formula One Management company and Michelin accountable on Sunday.



The FIA blames the Michelin teams, while Michelin insists the FIA was at fault for refusing to accept a proposal for a chicane to be installed at the problematic Turn 13.

Meanwhile, research conducted by the Indianapolis Star suggests that many businesses in the area want the grand prix back despite this year"s fiasco.

The affluent F1 community brings a great deal of money into Indianapolis" economy during grand prix time.

"Formula 1 is a big boost to our income," local limousine driver Aaron Koenig told the newspaper.

"We were packed silly," added Jill Agnelneri, manager of the Malibu Suites Hotel.

"All of Downtown was. It was much busier than last year."

The Indianapolis Convention and Visitors Association estimates that 110,000 visitors spent $100 million in the city over the grand prix weekend.

"There's a ripple effect if you lose something like that," warned Roland Dorson, executive



-105-

# EXHIBIT 3

"As long as everybody involved understands that all the groundwork that has been done has been destroyed and you have to start from scratch again, then that's fine. Just don't expect it to be the same in two years' time."

**Source - http://www.planet-f1.com/teams/team_news/sauber/story_20103.shtml**
**'F1 WON'T RECOVER IN THE STATES,' SAYS JV**
**01/07/05**

Jacques Villeneuve believes Formula One may never recover from the damage inflicted by the Indianapolis farce two weeks ago.

Villeneuve, who made his name in the United States and won the Indianapolis 500 in 1995, fears Formula One's image has been irreparably tainted by the six-car parade which followed the mass retirement of seven teams on the warm-up lap.

World governing body the FIA have promised to treat the seven teams leniently if Michelin act to repair the damage done by their failings.

The French company have already promised to refund the 120,000 fans at Indianapolis on race day and plan to give out 20,000 free tickets for the 2006 event.

But former world champion Villeneuve doubts that show of goodwill will be enough to appease American fans, whose interest in Formula One was lukewarm even before the Indianapolis fiasco.

Asked about the plan to give out some free tickets next season, the Sauber driver responded sarcastically: "There might be 20,000 fans next year then."

He added: "If it was a free race then they would except a free race the year after, and the year after.

"Of course when something is free there will be more people but ultimately does it redeem Formula One? I don't know.

# EXHIBIT 4

**By Paul Kelly**
**usgpindy.com**

Tuesday, April 19, 2005
The United States Grand Prix Formula One race will start at 1 p.m. (local time) Sunday, June 19, the highlight of three days of on-track action at the Indianapolis Motor Speedway that includes an event-record three support series.

The 73-lap United States Grand Prix will complete a full day of Formula One action on Sunday. The second F1 qualifying session takes place from 9-10 a.m. Sunday, as the starting grid is determined by aggregate times from the single-lap qualifying sessions Saturday and Sunday.

On-track action starts Friday, June 17, with activity for Formula One and the event's three support series – the IRL Menards Infiniti Pro Series™, Porsche Michelin Supercup and Formula BMW USA. This is the first year for the Menards Infiniti Pro Series at the USGP, while the Porsche Michelin Supercup and Formula BMW USA return for the sixth and second consecutive year, respectively.

"This is the most fan-friendly event schedule in the six years that the United States Grand Prix has run at Indianapolis," said Joie Chitwood, president and chief operating officer of the Indianapolis Motor Speedway. "Not only will fans get a full day of Formula One action on Sunday with qualifying and the race, but there are more support series than ever, featuring some of the world's best sports car drivers and the open-wheel stars of tomorrow. We're really excited about the entire weekend, starting with the Pit Walkabout on Thursday."

Two one-hour Formula One practice sessions, at 11 a.m. and 2 p.m., are the highlights of the Friday schedule. The Menards Infiniti Pro Series, the final stepping-stone on the Indy Racing League ladder, will make its IMS competitive debut with a practice for its Liberty Challenge race at 9:15 a.m. and qualifying at 12:30 p.m.

Porsche Michelin Supercup sports cars and Formula BMW USA open-wheel, winged formula cars also will be on track Friday.

The first Formula One qualifying session at 1 p.m. Saturday is the highlight of a busy schedule that day. F1 drivers and teams, including current points

# EXHIBIT 5



FEDERATION INTERNATIONALE DE L' AUTOMOBILE

**PRESS RELEASE**

**FIA SENATE MEETING**

Following receipt of a dossier of new evidence relating to events at the 2005 United States Grand Prix submitted to the FIA by BAR, McLaren, Renault, Sauber, Toyota and Williams, the FIA Senate met in Monaco on 14 July.  Ron Dennis attended the meeting, having been appointed representative of six Michelin teams.   He was accompanied by Christian Horner from Red Bull Racing.

Having examined the new evidence and discussed it with Mr Dennis and Mr Horner, the Senate was satisfied that the teams were contractually bound to follow the instructions of their tyre supplier and that their tyre supplier had expressly prohibited them from racing at the Indianapolis Motor Speedway in its licensed configuration. Recognising that for both sporting and legal reasons it was impossible for the FIA to authorise a change to the circuit configuration and that both the FIA and the teams could have faced serious legal difficulties in the United States had they not observed to the letter their respective rules and contractual obligations (particularly had there been any kind of accident), the Senate was of the view that having regard to this new evidence, disciplinary proceedings against the teams had ceased to be appropriate and were no longer in the interest of the sport.

The Senate will therefore recommend to the World Motor Sport Council that the guilty verdict of 29 June against the teams be cancelled.  It is anticipated that this recommendation will be put to the World Motor Sport Council by means of a fax vote in the next few days.

Paris, July 14, 2005




# EXHIBIT 6

FEDERATION INTERNATIONALE DE L'AUTOMOBILE

Le Président

Mr Pierre Dupasquier
Michelin ETC
46, rue de Ressort
63100 Clermont-Ferrand
France

1 June 2005

Dear Pierre

**Tyre failures in Formula One**

We greatly value the presence of Michelin in Formula One and believe the Formula One World Championship is enhanced by the competition between tyre suppliers. However, there have been a number of tyre failures in Formula One this season, both in racing and, we understand, in testing.

It is impossible for the FIA to assess the structural integrity, wear resistance or strength of a tyre. We have neither the technical resources nor the necessary knowledge. Formula One is therefore totally dependent on the tyre suppliers to ensure that no risks are taken in the pursuit of performance.

Tyres should be built to be reliable under all circumstances, including prolonged periods under the safety car, off-road excursions, abuse on kerbs, contact with other cars and contact with debris on the track.

A tyre failure can put not only the driver at risk but may endanger members of the public. We are confident that we can rely on you to make every effort to see that there are no more tyre failures this season.

Thank you very much for your efforts to make Formula One as safe as possible for everyone involved. We are sending an identical letter to Bridgestone.

With best wishes

Yours sincerely

Max Mosley

cc:   Formula One Team Principals

# EXHIBIT 7



Developing
Technology in
Competition

2nd June 2005

Mr. Max MOSLEY
President FIA
Fédération Internationale de l'Automobile
8, Place de la Concorde
75008 Paris

Dear Max,

**Tyre failures in Formula One**
Reference your letter dated the 1st June 2005.

The Michelin Group has set very clear objectives to achieve within the field of competition and in particular within the Formula One championship. The healthy competition between 2 or more tyre suppliers encourages the continual development of our tyre technologies and hence the performance of our product.

In all our development and tyre usage the number one priority has always been, and will remain, that of tyre safety. Our products must satisfy stringent in-house tests before reaching the stage of tests on a track with a formula one car. At this stage, the tyre development continues in a controlled manner with full "race distance" of 500 Km only being allowed after successful limited mileage testing. Such tyres then become accredited for use at tests or during a Grand Prix.

During use of these products at tests or during a Grand Prix, the tyre performance is continually monitored by our technical staff on site and in conjunction with our engineers in Clermont-Ferrand.

The entire production process and tyre usage is subject to strict quality rules for which safety is considered the number one priority.

The tyre is a supple, flexible, inflated device designed to very high specifications in order to perform under conditions clearly specified by Michelin and is able to resist the majority of obstacles that you identify. It becomes fragile if used outside the designated field of application and if the use of the tyre does not comply with Michelin's instructions and recommended actions. In particular, the tyre will probably not withstand blatant abuse and the type of severe kerbs observed last week by our engineers at Spa; the FIA technical director was contacted on this matter on the 29th May.

---

Michelin ETC
46, rue du Ressort
63100 CLERMONT-FERRAND - FRANCE

Téléphone : +33 (0)4 73 30 45 90
Télécopie : +33 (0)4 73 30 49 81
Internet : www.michelin.com

# EXHIBIT 8



# GENTLEMEN, STOP YOUR ENGINES...

Indygate – aka the 2005 United States Grand Prix – was perhaps the most disgraceful own-goal ever scored in Formula 1 history. But, as the smoke clears, what really happened? And why? And who should you blame? Most important, what will happen next?

Words Matt Bishop

**F**irst, a little background, because, although Indygate sparked a crisis that highlights all the problems endemic in Formula 1 right now, it started with a basic, though grave, engineering error.

When, during Friday practice at Indianapolis, the Toyota TF105s of Ralf Schumacher and Ricardo Zonta suffered left-rear tyre failures, all the tyres Michelin had brought to Indy were examined by the company's on-site engineers. Faults were discovered with six tyres – and those six were flown back to Michelin's Clermont-Ferrand headquarters for analysis. At first, a batch (ie, manufacturing) problem was suspected – so, in order to provide a back-up option, Michelin arranged for a shipment of Barcelona-spec tyres to be flown in. They arrived at 8.30am on the Saturday.

Early on that same morning news also came from France: Michelin's Clermont-Ferrand engineers had been unable, with any certitude, to isolate a root cause for the failures, but they suspected that the unusual lateral/vertical loadings induced by high-speed running on the Brickyard's famous banking (Turn 13) had caused the Michelin left-rears to deform. As a result, Pierre Dupasquier (worldwide racing director, Michelin) instructed the seven Michelin-contracted teams to run no more than 10 cumulative laps per car in the two Saturday morning sessions. After that, the tyres were taken off each Michelin-contracted car and flown to Michelin's Lexington (South Carolina) plant for further analysis.

Later, in official qualifying that afternoon, each Michelin car completed its one flying lap (ie, three laps in total), after which the left-rear tyres they had used were flown to another Michelin facility in nearby Akron (Ohio) – accompanied by FIA personnel to ensure that the 2003 parc fermé regulations were adhered to – for further analysis. Meanwhile, news reached Indianapolis that Michelin's engineers in Clermont-Ferrand were now satisfied that the failures had

indeed been solely related to the unusual lateral/vertical loadings induced by Turn 13.

At 6.30am on the Sunday, Michelin's last get-out-of-jail-free card disappeared – and the Michelin teams finally grasped that their tyre problem was a critical one. Why? Under further Turn 13 simulations Michelin's left-rear tyres, including their Barcelona-spec tyres, had also failed. The only solution was to race at reduced speed in Turn 13.

But how? Could a chicane be placed immediately before 13? Or a speed limit? Or could the Michelin cars be diverted down the pit lane on each lap, thereby avoiding 13 altogether? None of that, but especially not the latter two suggestions, sounded much like grand prix racing...

As Sunday wore on, panic descended on the Formula 1 paddock. If a method of reducing speeds in Turn 13 could not be found and agreed by all parties, then, under an Indiana law that precludes actions which might be construed as "reckless endangerment", the Michelin teams would not be allowed to race. Their lawyers, and lawyers acting for their partner/owner manufacturers (BMW, Mercedes-Benz, Renault, Honda and Toyota), instructed them accordingly.

"Throughout the balance of the morning," said McLaren's Ron Dennis at an impromptu Friday press conference a week later at Magny-Cours, "every effort was made to find a solution. We were in a very difficult situation. The simple fact is that the teams put safety before any commercial consideration. This problem unfolded all the way through to 11.40am, at which point ▷

DARREN HEATH

# EXHIBIT 9





**MICHELIN**

Developing
Technology in
Competition

Saturday June 18 2005
Indianapolis


Charlie Whiting, FIA Race Director and Safety delegate


Dear Mr Whiting

Having analysed and fully evaluated the tyre failures that have occurred over the Indianapolis Grand Prix practice sessions we have been unable to identify a root cause.

The current rules and timescale do not permit the use of an alternative tyre solution and the race must be performed with the qualifying tyres.

Michelin has in the sole interest of safety informed its partner teams that we do not have total assurance that all tyres that qualified the cars can be used unless the vehicle speed in turn 13 can be reduced.

Michelin very much regrets this situation, but has taken this decision after careful consideration and in the best interests of safety at the event.

We trust that the FIA can understand our position and we remain at your disposal if you want any further information.


Pierre Dupasquier                              Nick Shorrock
Michelin Motorsport Director                   Director of Michelin F1 activities


Cc :   Bernie Ecclestone
       Michelin teams
       Ron Dennis (West McLaren-Mercedes)
       Flavio Briatore (Mild Seven Renault F1)
       Frank Williams (BMW WilliamsF1 Team)
       Peter Sauber (Sauber Petronas)
       Christian Horner (Red Bull Racing)
       Nick Fry (B-A-R Honda)
       John Howett (Panasonic Toyota Racing)




Michelin ETC
46, rue du Ressort
63100 CLERMONT-FERRAND • FRANCE

Téléphone : +33 (0)4 73 30 45 90
Télécopie : +33 (0)4 73 30 49 81
Internet : www.michelin.com

# EXHIBIT 10



FEDERATION INTERNATIONALE DE L' AUTOMOBILE

19 June, 2005

Dear Mr Dupasquier,
Dear Mr Shorrock,

We have received your letter of 18 June.

We are very surprised that this difficulty has arisen. As you know, each team is allowed to bring two different types of tyre to an event so as to ensure that a back-up (usually of lower performance) is available should problems occur. It is hard to understand why you have not supplied your teams with such a tyre given your years of experience at Indianapolis.

That the teams you supply are not in possession of such a tyre will also be a matter for the FIA to consider in due course under Article 151c of the International Sporting Code.

No doubt you will inform your teams what is the maximum safe speed for their cars in Turn 13. We will remind them of the need to follow your advice for safety reasons. We will also ask them to ensure their cars do not obstruct other competitors.

Some of the teams have raised with us the possibility of running a tyre which was not used in qualifying. We have told them this would be a breach of the rules to be considered by the stewards. We believe the penalty would not be exclusion but would have to be heavy enough to ensure that no team was tempted to use qualifying tyres in the future.

Another possibility would be for the relevant teams repeatedly to change the affected tyre during the race (we understand you have told your teams the left rear is safe for a maximum of ten laps at full speed). If the technical delegate and the stewards were satisfied that each change was made because the tyre would otherwise fail (thus for genuine safety reasons) and that the relevant team were not gaining an advantage, there would be no penalty. If this meant using tyres additional to a teams' allocation, the stewards would consider all the circumstances in deciding what penalty, if any, to apply.

Finally, it has been suggested that a chicane should be laid out in Turn 13. I am sure you will appreciate that this is out of the question. To change the course in order to help some of the teams with a performance problem caused by their failure to bring suitable equipment to the race would be a breach of the rules and grossly unfair to those teams which have come to Indianapolis with the correct tyres.

Yours sincerely,

Charlie Whiting
FIA Formula One Race Director

cc:   Bernie Ecclestone
      Ron Dennis (West McLaren-Mercedes)
      Flavio Briatore (Mild Seven Renault F1)
      Frank Williams (BMW WilliamsF1 Team)
      Peter Sauber (Sauber Petronas)
      Christian Horner (Red Bull Racing)
      Nick Fry (B-A-R Honda)
      John Howett (Panasonic Toyota Racing)
      Jean Todt (Scuderia Ferrari)
      Colin Kolles (Jordan Grand Prix)
      Paul Stoddart (Minardi F1 Team)

      Formula One Press Corps

# EXHIBIT 11



**MICHELIN**                    Developing
                        Technology in
                        Competition

Sunday June 19 2005
Indianapolis


Charlie Whiting, FIA Race Director and Safety delegate


Dear Mr Whiting,

With reference to our letter of June 18th and having collected the results of our in depth analysis from France and the USA, we confirmed that with the tyres on which we have qualified we are not able to sufficiently guarantee the total safety of the drivers.

As a result we reached the conclusion that we will not compete with these tyres in the current configuration of the circuit.

We therefore reiterate our request to have a significant reduction of vehicle speed in turn 12/13.

We request that the FIA consider favourably this request and we remain at your disposal for further information.


Pierre Dupasquier                          Nick Shorrock
Michelin Motorsport Director               Director of Michelin F1 activities


Cc :   Bernie Ecclestone
       Michelin teams
       Ron Dennis (West McLaren-Mercedes)
       Flavio Briatore (Mild Seven Renault F1)
       Frank Williams (BMW WilliamsF1 Team)
       Peter Sauber (Sauber Petronas)
       Christian Horner (Red Bull Racing)
       Nick Fry (B-A-R Honda)
       John Howett (Panasonic Toyota Racing)




Michelin ETC                    Téléphone : +33 (0)4 73 30 45 90
46, rue du Ressort              Télécopie : +33 (0)4 73 30 49 81
63100 CLERMONT-FERRAND • FRANCE Internet : www.michelin.com

# EXHIBIT 12



FEDERATION INTERNATIONALE DE L' AUTOMOBILE

19 June, 2005

Dear Mr Dupasquier,
Dear Mr Shorrock,

Thank you for your letter of today's date.

As explained in our earlier letter, your teams have a choice of running more slowly in Turn 12/13, running a tyre not used in qualifying (which would attract a penalty) or repeatedly changing a tyre (subject to valid safety reasons).

It is for them to decide. We have nothing to add.

Yours sincerely,

Charlie Whiting
FIA Formula One Race Director

cc:    Bernie Ecclestone
       Ron Dennis (West McLaren-Mercedes)
       Flavio Briatore (Mild Seven Renault F1)
       Frank Williams (BMW WilliamsF1 Team)
       Peter Sauber (Sauber Petronas)
       Christian Horner (Red Bull Racing)
       Nick Fry (B-A-R Honda)
       John Howett (Panasonic Toyota Racing)
       Jean Todt (Scuderia Ferrari)
       Colin Kolles (Jordan Grand Prix)
       Paul Stoddart (Minardi F1 Team)

       Formula One Press Corps

# EXHIBIT 13

we'll win the championship.

As long as Formula 1 is a true, credible, dependable race, a mechanical sport at the top level, Michelin will be there – particularly because F1 is more technically oriented. So yes, we love Formula 1, we want to be here.

Ted: Do you fear Max Mosley will try to force you out of the sport?

P.D: That's his problem. It may become our problem too, but we'll see.

Source - http://www.autosport-atlas.com/news.aspx?id=45339&s=5
MICHELIN WILL ONLY PAY FOR INDY TICKETS
FRIDAY, 01 JULY 2005 12:18

Michelin motorsport boss Pierre Dupasquier has said the company is going to stand firm over its compensation package for the United States Grand Prix fiasco after claims this week that they should be ready to pay up to £30 million.

FIA president Max Mosley has heaped the blame for the events at Indianapolis firmly on Michelin's shoulders and claimed the French tyre manufacturer should be fully responsible for any costs caused by the mass withdrawal of the race.

But Dupasquier is adamant that Michelin has no plans to do any more than the offer of ticket refunds for fans at the US GP and the purchasing of 20,000 tickets for next year, which in total will cost the company about ££8 million.

"Hand on heart, we have said we screwed up at Indianapolis," said Dupasquier. "But we are not open to negotiation. We have made a statement and that is it."

Mosley told a press conference after the FIA World Motor Sport Council meeting on Wednesday: "Michelin caused the problem 100 percent and took a deliberate risk and should pay all of the foreseeable costs that arise from this.

"I have a feeling that if they get out of this for less than $50 million, they will have done well."

-58-

# EXHIBIT 14



BEFORE THE FIA WORLD MOTOR SPORT COUNCIL

## SUBMISSIONS ON BEHALF OF 6 FORMULA ONE TEAMS
## PARIS - 29 JUNE 2005

### Introduction

1    These submissions are made on behalf of the following Formula One Teams :

    (1)    BAR Honda GP Limited

    (2)    McLaren Racing Limited

    (3)    Renault F1 Team Ltd

    (4)    Sauber Motorsport AG

    (5)    Toyota Motorsport GMBH

    (6)    Williams Grand Prix Engineering Ltd

2    The Teams deny the charges brought against them by the FIA in relation to their decisions not to race at the Indianapolis Grand Prix on Sunday 19 June 2005.

3    The Teams have had a limited amount of time for the preparation of this document, so what follows is based on our preliminary analysis to date.

4    The Teams are confident of the strength of their Defence to the charges as set out below. But they respectfully suggest to the Council that the Council should today institute a comprehensive review of what happened in Indianapolis and why. That would be the most effective method of investigating the facts. It would also promote the interests of Formula One that motor sport be seen to institute a full inquiry into the events. It is especially important to avoid a rush to judgment given that all relevant persons face class action litigation. A partial or hasty judgment would damage the interests of Formula One and all those involved in it, and simply give ammunition to the plaintiffs in the US litigation.



### The relevant rules

5    Article 151 of the International Sporting Code states :

> **"Breach of rules**
> Any of the following offences in addition to any offences specifically referred to previously shall be deemed to be a breach of these rules :
> ...
> c)    Any fraudulent conduct or any act prejudicial to the interests of any competition or to the interests of motor sport generally".

6    Article 131 of the FIA Formula One Sporting Regulations states:

> "The starting grid will be published two hours before the race. Any competitor whose car(s) is (are) unable to start for any reason whatsoever (or who has good reason to believe that their car(s) will not be ready to start) must inform the stewards accordingly at the earliest opportunity and, in any event, no later than 45 minutes before the start of the race. If one or more cars are withdrawn the grid will be closed up accordingly. The final starting grid will be published 45 minutes before the start of the race".

### The charges



7    The FIA contends that in breach of Article 151c), each Team

> "committed one or more acts prejudicial to the interests of a competition, namely the 2005 United States Grand Prix and/or to the interests of motor sport generally in that you
> -    failed to ensure that you had a supply of suitable tyres for the race and/or
> -    wrongfully refused to allow your cars to start the race and/or
> -    wrongfully refused to allow your cars to race, subject to a speed restriction in one corner which was safe for such tyres as you had available and/or
> -    combined with other teams to make a demonstration damaging to the image of Formula One by pulling into the pits immediately before the start of the race".

8    The FIA further contends that in breach of Article 131, each Team

> "failed to notify the stewards of your intention not



(6) Michelin (as they have properly acknowledged) made a mistake in bringing to Indianapolis two sets of tyres (see Article 73b) of the Sporting Regulations) each of which was unsuitable for the circuit. There is no question of this being because any of the Teams was seeking to obtain a competitive advantage. Michelin simply made a mistake. The Teams had no reason to anticipate that such a mistake would be made.

10   The second charge is that the Teams wrongfully refused to allow their cars to start the race. The Teams respond:

(1) The Teams were unable to compete because of the safety risk.

(2) The FIA and the Teams were advised by Michelin on Saturday 18 June that

> "in the sole interest of safety ... we do not have total assurance that all tyres that qualified the cars can be used unless the vehicle speed in turn 13 can be reduced.

> Michelin very much regrets the situation, but has taken this decision after very careful consideration and in the best interests of safety at the event".

(3) On 19 June, Michelin advised the FIA and the Teams that

> "having collected the results of our in depth analysis from France and the USA, we confirmed that with the tyres on which we have qualified we are not able to sufficiently guarantee the total safety of the drivers.

> As a result we reached the conclusion that we will not compete with these tyres in the current configuration of the circuit.

> We therefore reiterate our request to have a significant reduction of vehicle speed in turn 12/13".

Michelin also issued a Press Release on 19 June

4

sponsors, and to their prospects of attracting potential sponsors. On the morning of Sunday 19 June, after discussing possible solutions with Michelin, the Teams made a proposal for a safe way of reducing speed. They proposed the introduction of a chicane at Turn 13. The use of a chicane is a well-established method of reducing speed during a Grand Prix, familiar to drivers. A chicane (built out of tyres) was added to the Barcelona Circuit in 1994 after the Teams arrived for practice and before the race commenced. (Other changes to race tracks have occurred very late in the day during other Grand Prix). The proposal to introduce a chicane on the morning of Sunday 19 June was agreed by 9 of the 10 Teams and their drivers (only Ferrari failed to give approval : Jean Todt has stated publicly that Ferrari were not consulted) and by Mr Bernie Ecclestone (Chief Executive of Formula One Management, the commercial rights holder) and by Mr Tony George (Chief Executive of the race track).

(6) The Report of the FIA Observer suggests that a chicane could not be introduced for reasons of "safety and fairness". Even if that is correct, it does not assist the FIA to establish the charges against the Teams. It would still have remained unsafe to race. Therefore, it would follow, the race should have been postponed. But in fact the objections to the use of a chicane are not well-founded :

(a) As to safety, this was not mentioned in the letter of 19 June to Michelin and to the Teams from the race director, Mr Charlie Whiting. The letter stated:

> "Finally, it has been suggested that a chicane should be laid out in Turn 13. I am sure you will appreciate that this is out of the question. To change the course in



7

order to help some of the teams with a performance problem caused by their failure to bring suitable equipment to the race would be a breach of the rules and grossly unfair to those teams which have come to Indianapolis with the correct tyres".

None of the 9 Teams (or their drivers) who expressed a view about the chicane considered that it posed a safety problem. Mr Ecclestone and Mr George were satisfied that a chicane could safely be added.

(b)    As to fairness, the Teams made a number of proposals to protect the interests of the 3 teams who use Bridgestone tyres. The proposals included that the Teams using Michelin tyres could obtain no championship points, and/or that they would start at the back of the grid.

12    The fourth charge is that the Teams combined to make a demonstration damaging to the image of Formula One by pulling into the pits immediately before the start of the race. The Teams respond:

(1)    There was no question of the Teams making any demonstration.

(2)    In the confusion, uncertainty and negotiation immediately prior to the race, the Teams joined the grid because they hoped, until the very last moment, that a solution would be found. They were concerned that if they had remained in the garage when the pit lane closed, and had not proceeded to the grid, and were the race then to have been suspended so a chicane could be installed, or any other solution adopted satisfactory both to the FIA and to Michelin, they would not have been able to participate in the race. (A problem with tyres was resolved on the grid during the 2003 Brazilian Grand Prix).



# EXHIBIT 15

# Worldwide press rips Michelin, F-1

## USGP fiasco viewed as sign of escalating chaos in sport

**By Steve Ballard**
steve.ballard@indystar.com

The protagonists in the battle that threatens the future of U.S. Grand Prix is a shambles have dispersed throughout the world, but they have hardly escaped the controversy.

Newspapers in Formula One's major ports of call headlined Monday decrying the withdrawal of 14 cars and the six-car race that ensued as a travesty that threatens the future of F1 not only here but elsewhere in the United States.

"Race in peace, Formula One" and "Formula Zero" were popular with international headline writers in the wake of the 14-car pileup that left U.S. F1 fans with "Formula Zero" as Michelin.

The Paris-based tire company was unable to ensure the safety of its drivers because of an unstable tire design and was equally unable to get the Federation Internationale de l'Automobile (FIA, French company will be counting

French newspaper Le Figaro predicted the company will face "serious consequences" in a story headlined "After the earthquake in Indianapolis." Der Spiegel of Germany joked about mud-slinging going in Tokyo, home of Bridgestone, which supplied tires for the six cars that ran Sunday, including the Ferrari of Michael Schumacher.

Richard Williams, writing in Britain's The Guardian, spread the blame among Michelin and the two most powerful individuals in the sport, F1 chief Bernie Ecclestone and FIA president Max Mosley.

"A purist would say the Michelin-shod cars should have run at a safely reduced speed and those seven teams had no business attempting to blackmail the organizers into modifying the circuit to suit the teams') technical deficiencies," Williams wrote. "But while the

## F-1

■ Race is considered one of sport's worst ever.

**From D1**

the cost of this public relations disaster for years to come, the chances are everyone will be much the poorer for the problem lie much deeper.

"Between them, Ecclestone and Mosley have presided over the first time I can remember a vertiginous decline in Formula One's credibility, on and off the track. . . . If there were any remaining doubts they have outstayed their welcome in Formula One, they were dispelled by Sunday's farce."

That was the day racing in America was brought into disrepute worldwide dolor — The Sun made F1 "dishonor for Formula One," said in its "A spectacle of dishonour for the sport dragged F1's name into the mud Sunday night. Michelin was "naive" to think it could strong-arm a race-monopolising this change. He also chided

Michelin for not taking full responsibility for its farce which, everyone else, put the blame squarely on Michelin itself, Windsor said.

But the larger issue, he added, is the declining influence Ecclestone has over the teams in the presence showdown, Ecclestone blamed them.

The sport, he said, didn't work for Bernie," Windsor said. "It's the first time I can remember that he's not woolly for him, and there will be repercussions."

Newspapers in England, Ecclestone's home base, were blunt in their criticism.

Among the headlines:

"Formula One become a worldwide joke" — The Daily Mirror.

"Formula One — The Times "Darkest day since the death

of Ayrton Senna" (in a crash in 1994) — The Independent.

In Spain, house of F1 points leader Fernando Alonso, El Pais spelled Michelin as damaging opener." In Finland, home of points runner-up Kimi Raikkonen, Iltalehti editorialized that "no sane person will ever be able to make the damaged tires good again."

The Morning Herald said "the future of Formula One in the United States hangs in the balance after what must rank among the greatest PR disasters in the history of this or any other sport."

In the final minutes before the start of the race Sunday, as rumors circulated among the media about what the Michelin teams were threatening to do, noted British journalist Nigel Roebuck, who has written for

accurately predicted Indianapolis's woes. The columnist Roebuck said in his story, the race had to be scuttled because of a possibility the tire problem in the high-speed corner.

"Many of those same people were here a few weeks ago (for the Indianapolis 500) watching cars go a lot faster through four high-speed turns every lap without a single tire problem," Roebuck said. "They're not going to like this."

That became absolutely clear a few minutes later, crushing what even FIA-critical grandprix.com called the "indignity of modern F1."

"Michael Schumacher won the race," his report concluded, "but this was no victory that even the Grand Canyon could have created such bounding echoes."

Contact Star reporter Steve Ballard at (317) 444-6184.

# EXHIBIT 16

11. We also believe that it would also have been impossible for the stewards or anyone else to tell at turn 13 precisely when any car had slowed, and whether it complied with the speed limit throughout the restricted area.

12. For these reasons, we have no doubt that a speed restriction imposed at turn 13 would have been impossible to comply with and impossible to police.

The day of the Grand Prix:

13. On the morning of the Grand Prix, all of the drivers attended a drivers' briefing with representatives of the teams. We were told of the Michelin tyre problem. Even though we all wanted to race, we accepted that the Michelin teams could not go against the safety advice from Michelin and take the risk of serious and potentially fatal accidents.

14. We were also told of the proposal for a chicane at turn 13. Chicanes have been successfully introduced in races in the past. We believe that a chicane would have been a perfectly workable solution in Indianapolis. Accordingly none of us objected to a chicane at the meeting.

15. Many of us were also consulted by out team about the FIA proposal for a speed restriction, Those who were consulted explained to their teams that a speed restriction would not work because it was dangerous and impractical (for the reasons set out above). The teams in turn explained this to the FIA officials.

Conclusion:

16. All of us wanted to have a proper race at Indianapolis, which is one of motor racing's most sacred venues, and to showcase Formula One to the American public. We are all extremely that we were able to do this.

23rd June 2005

Signed:

| | | |
|---|---|---|
| Christijan Albers | Fernando Alonso | Jenson Button |
| David Coulthard | Pedro de la Rosa | Giancarlo Fisichella |
| Patrick Friesacher | Nick Heidfeld | Christian Klien |
| Felipe Massa | Juan Pablo Montoya | Kimi Raikkonen |
| Takuma Sato | Ralf Schumacher | Jarno Trulli |
| Jacques Villeneuve | Mark Webber | Alex Wurz |
| Ricardo Zonta | | |

-4-

# EXHIBIT 17

If they had said to the FIA categorically that the tyres were totally unsafe and that the event would have to be cancelled, then a different, more dignified, outcome would have ensued.

What happened on Sunday was that the Michelin teams tried to find an outcome which suited them and the FIA and Ferrari weren't inclined to help them out.

They offered some options, which the Michelin teams didn't fancy, such as regular tyre changes or reduced speeds in Turn 13.

The Michelin teams then decided not to start the race, which the FIA is interpreting as a boycott.

I sympathise with the view that you cannot suddenly install a chicane between qualifying and the race.

The past is littered with examples of chicanes installed for pragmatic reasons, like at Barcelona, Canada and Spa in 1994 after Senna''s death. But those were put in at the start of the weekend.

The FIA now says that there were legal reasons why a chicane could not be considered. Sadly no one explained that on Sunday before the race.

The Michelin teams did not see a legal problem with a chicane. One of the team principals assured me that the Michelin teams' final offer was to race with a chicane, but for no points, but that was turned down by Mosley, who was on the phone during the meeting.

The FIA ran the clock down to the start of the race and the Michelin teams then had to put up or shut up.

What role did Jordan and Minardi play in this?

This is the most interesting aspect of the story for me. They held the key really, because if they had held solid with the "Michelin seven", then there is no way Ferrari would have gone out there alone to race and something would have been sorted out.

Paul Stoddart says Jordan broke ranks first and as his main opposition he had to follow. It was a perfect illustration of the self-interest of the team bosses, which is destroying this sport.

# EXHIBIT 18

their beliefs, however.

Most teams issued a simple 'no comment' about the boycott threat when contacted by *Autosport-Atlas*, while a BAR spokeswoman said: "We're waiting until Wednesday, there will be nothing to say until then."

**Source - http://www.autosport-atlas.com/news.aspx?id=45281&s=5**
**ANALYSIS: TEAMS PREPARE FOR WAR OR PEACE**
**BY JONATHAN NOBLE**
**TUESDAY, 28 JUNE 2005 11:50**

While it seems virtually certain that the bosses of the seven Michelin teams will end their meeting in Paris today all agreed on their approach for Wednesday's meeting of the FIA World Motor Sport Council, exactly what they will agree remains in doubt.

The seven teams, along with Minardi boss Paul Stoddart, are scheduled to meet to discuss their strategy plans amid concerns that if they head into the FIA hearing without a unified and clear course of action then it will leave them vulnerable to attack from the governing body.

But while there is acceptance of presenting the unified front, discussions are likely to be fairly intense on just how they reach that point - with teams believed even at this late hour to have varying opinions on how best to approach the World Council meeting.

Some believe that the teams should go on the attack against the FIA, with Stoddart most likely to be revving up fellow team bosses to adopt the aggressive approach that has seen him drop hints of race boycotts over the weekend.

The teams could simply use the hearing to stand firm in their belief that the FIA could have avoided the Indy fiasco by agreeing to install the much talked about chicane before Turn 13.

Justifying such a stance has been strengthened after Michelin issued a statement on Monday insisting that post-race analysis of the Indianapolis tyres proves that the race could have taken place if the chicane was built.

Another suggestion is that the teams do not attend the hearing at all, although the fact that written submissions from several teams have already been lodged with the FIA means that a boycott of the World Council meeting will not result in it being cancelled.

Should the teams agree that attack is the best form of defence, then sources have told

-7-

# EXHIBIT 19



that none of the tyres that were available to the teams could be used unless the vehicle speed in Turn 13 was reduced. Without this Michelin did not consider the tyre to be safe to be used for the race.

All the teams are confident in Michelin and trust their advice as we know they are competent and responsible and their written instruction to us not to race unless changes to the circuit were made was accepted.

After final data from Michelin became available at 06.30 on Sunday morning it became clear that Michelin were not able to guarantee the safety of the drivers. Numerous discussions and meetings took place to find a safe solution to the problem. Every possibility for the race to go ahead in a safe manner was explored. The only practical solution was for a chicane to be installed prior to Turn 13 and nine of the teams were prepared to run under these conditions even forgoing championship points or by allowing non-Michelin teams to take top positions on the grid.

Unfortunately all proposals were rejected by the FIA.

Safety is always the first concern of any team and the FIA. Regrettably the teams were obliged to follow Michelin's requirements not to race.



We are totally aware that the USA is an important market for Formula One and there is an obligation for Formula One to promote itself in a positive and professional manner. It is sad that we couldn't showcase Formula One in the manner we would have liked today.

Sources -
http://www.toyota-f1.com/public/en/gp/09_usa/release/4_press2.html
http://www.barhondaf1.com/en/index.php?section=8&item=1199&type=1
http://www.renaultf1.com/en/season/united_states/index.php?news=tcm:3-37292
http://www.sauber.ch/en/presse/index.php?op=detail&archive=0&id=113
JOINT PRESS RELEASE FROM THE MICHELIN TEAMS ON THE 2005 UNITED STATES GRAND PRIX
19/6/2005

The Michelin teams deeply regret the position that they have been put in today and would like to apologise to all the spectators, TV viewers, Formula One fans and sponsors for not being able to take part in today's USA Grand Prix.

Following Ralf Schumacher's accident on Friday morning, we were advised by Michelin that none of the tyres that were available to the teams could be used unless the vehicle speed in turn 13 was reduced. Without this Michelin did not consider the tyre to be safe to be used for the race.



# EXHIBIT 20

# BMW Williams F1

Sir Frank Williams - Team Principal
Patrick Head -
Sam Michaels - Technical Director
Mario Theissen - Director, BMW Motorsport
Mark Webber - 1st Race Driver
Nick Heidfeld - 2nd Race Driver

**Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33209**
**WILLIAMS WAS 'DESPERATE TO RACE'**
**Last Updated: Tuesday, 21, June, 2005, 16:10**

Sir Frank Williams has stressed that the Michelin teams" decision to boycott the United States Grand Prix was not taken lightly.

"The teams were desperate to race, to put on a show," the Williams team boss told Reuters.

"We wanted to at least entertain the crowds."

"We were prepared to race for no points and give them all to Ferrari."

"I can't stress enough how desperate we were."

Williams added that it was particularly unfortunate that this issue should arise in the USA.

"Racing in North America is fundamental to Formula 1's commercial health," he admitted.

It remains to be seen what effect the crisis will have on F1's future in America.

Some of the Michelin teams appeared to point the finger at Ferrari for not doing more to help achieve a viable compromise over the chicane issue.

But Williams absolved Ferrari from blame and said he supported their decision to go ahead and compete.

# EXHIBIT 21

All the teams are confident in Michelin and trust their advice as we know they are competent and responsible and their written instruction to us not to race unless changes to the circuit were made was accepted.

After final data from Michelin became available at 06.30 on Sunday morning it became clear that Michelin were not able to guarantee the safety of the drivers. Numerous discussions and meetings took place to find a safe solution to the problem. Every possibility for the race to go ahead in a safe manner was explored. The only practical solution was for a chicane to be installed prior to Turn 13 and nine of the teams were prepared to run under these conditions even forgoing championship points or by allowing non-Michelin teams to take top positions on the grid.

Unfortunately all proposals were rejected by the FIA.

Safety is always the first concern of any team and the FIA. Regrettably the teams were obliged to follow Michelin's requirements not to race.

We are totally aware that the USA is an important market for Formula One and there is an obligation for Formula One to promote itself in a positive and professional manner. It is sad that we couldn't showcase Formula One in the manner we would have liked today.

The original press release distributed in the media office at Indianapolis was signed by the Team Principals.


**Source - http://www.autosport-atlas.com/news.aspx?id=45127&s=5**
**MICHELIN TEAMS SUMMONED BY FIA**
**MONDAY, 20 JUNE 2005 15:14**

The controversy over the United States Grand Prix tyre fiasco took a fresh twist on Monday when the sport's governing body announced it was summoning the teams that pulled out of the event to explain their actions.

The seven teams, who refused to take part after the FIA declined requests to install a chicane prior to the final corner of the track, will face a hearing of the FIA's World Motor Sport Council in Paris on June 29.

Earlier on Monday, the FIA had made it clear that the blame for the fiasco at Indianapolis lay firmly at the door of the teams and their tyre partner Michelin.

A statement had said: "Rather than boycott the race the Michelin teams should have agreed to run at reduced speed in turn 13. The rules would have been kept, they would have earned Championship points and the fans would have had a race.

"As it is, by refusing to run unless the FIA broke the rules and handicapped the

# EXHIBIT 22

# West McLaren Mercedes

Ron Dennis - Team Principal
Martin Whitmarsh - Technical Director
Norbert Haug - Director, Mercedes Benz Motorsports
Mario Illien - Ilmor Engineering
Kimi Raikkönen - 1st Race Driver
Juan Pablo Montoya - 2nd Race Driver

**Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33236**
**DENNIS: 'WE HAD TO RESTRAIN KIMI'**
**Last Updated: Friday, 24, June, 2005, 15:07**

World title contender Kimi Raikkonen had to be chivvied into accepting Michelin's injunction not to start the US Grand Prix, McLaren boss Ron Dennis has revealed.

The Finn was chomping at the bit in the lead-up to the race, and Dennis believes it would have been near-impossible for someone of his competitive nature to have operated under a voluntary speed restriction through the flat-out Turn 13.

"We had to hold Kimi back, almost physically, from racing, even though he knows the dangers," he told Autosport magazine.

"How can anyone sensibly suggest that guys like these would hit a speed limiter button in a racing situation? It's incredible."

FIA president Max Mosley has suggested that running at reduced speed through Turn 13 would present no particular problem for drivers, since "they do it all the time" to accommodate handling deficiencies, heavy fuel loads, fading brakes or punctures.

He claimed that teams could have devised rev-limit solutions like those used in the pit lane speed limiter, or even travelled through the pit lane on every lap to avoid negotiating the problem corner.

**Source - http://f1.racing-live.com/en/index.html**
**Mosley unmoved by Indy criticism**
**The US Grand Prix saga continues...**



# EXHIBIT 23

*for safety reasons?*

A chicane would completely change the nature of the circuit. It would involve an extra session of very heavy braking on each lap, for which the cars had not been prepared. The circuit would also not have been inspected and homologated with all the simulations and calculations which modern procedures require. Suppose there had been a fatal accident — how could we have justified such a breach of our fundamental safety procedures to an American court?

### But it's what the teams wanted.

It's what some of the teams wanted because they thought it might suit their tyres. They wanted it because they knew they could not run at full speed on the proper circuit. We cannot break our own rules just because some of the teams want us to.

### Why did the FIA stop the teams using a different tyre flown in specially from France?

It is completely untrue that we stopped them. We told them they could use the tyre, but that the stewards would undoubtedly penalise them to ensure they gained no advantage from breaking the rules by using a high-performance short-life tyre just for qualifying. We also had to make sure this did not set a precedent. However the question became academic, because Michelin apparently withdrew the tyre after trying it on a test rig.

### Michelin were allowed to bring two types of tyre — why did they not have a back-up available?

You would have to ask Michelin. Tyre companies usually bring an on-the-limit race tyre and a more conservative back-up which, although slower, is there to provide a safety net if there are problems.

### Is it true that you wrote to both tyre companies asking them to make sure their tyres were safe?

Yes, we wrote on 1 June and both replied positively. The letter was prompted by incidents in various races in addition to rumours of problems in private testing.

### So, having refused to install a chicane, what did the FIA suggest the Michelin teams should do?

We offered them three possibilities. First, to use the type of tyre they qualified on but with the option to change the troublesome left rear whenever necessary. Tyre changes are allowed under current rules provided they are for genuine safety reasons, which would clearly have been the case here. Secondly, to use a different tyre — but this became academic when Michelin withdrew it as already explained. Thirdly, to run at reduced speed through Turn 13, as Michelin had requested.

### How can you expect a racing driver to run at reduced speed through a corner?

They do it all the time and that is exactly what Michelin requested. If they have a puncture they reduce their speed until they can change a wheel; if they have a brake problem they adjust their driving to overcome it. They also adjust their speed and driving technique to preserve tyres and brakes when their fuel load is heavy. Choosing the correct speed is a fundamental skill for a racing driver.

# EXHIBIT 24

# Formula One Management

Bernie Ecclestone

**Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33180**
**RACE WILL GO AHEAD, SAYS BERNIE**
**Last Updated: Sunday, 19, June, 2005, 01:14**

Formula 1 impresario Bernie Ecclestone has dismissed suggestions that the United States Grand Prix might not go ahead due to a mass boycott by the Michelin teams.

Having been unable to find an explanation for the tyre failures that the Toyota team suffered in practice yesterday, Michelin is seeking permission from the FIA to fly in a batch of new tyres of a different specification from those used so far at Indianapolis.

This is a hot potato as far as the governing body and Michelin''s rival supplier Bridgestone are concerned, since such actions would involve several technical regulations being waived.

If it is not allowed to run the new tyres, and doesn't make any progress in its efforts to get to the bottom of the problem, Michelin has said it will strongly counsel that its teams should not start tomorrow's race.

Ecclestone was due to hold a meeting with team bosses on Saturday afternoon, and claimed he was confident a way out of the impasse would be found.

"I think they [the Michelin teams] will find a tyre that will work and they will be able to start all right," he told ITV-F1''s Jim Rosenthal.

When asked whether he expected a full grid of 20 cars to start the race, Ecclestone replied, "Absolutely. I am 100 percent sure it will happen."

Ecclestone's comments appear to indicate that he is prepared to support Michelin's request in order to ensure that there is a race for the American public to watch tomorrow.

However, he implicitly accepted that the granting of special dispensation to Michelin could lead to protests from the Bridgestone teams and the race result ultimately being settled in the courts.

"I think if they do [run new tyres], they will be in breach of regulations — that's obvious," said

# EXHIBIT 25

GENERAL UNDERTAKING

3)  All drivers, competitors and officials participating in the Championship undertake, on behalf of themselves, their employees and agents, to observe all the provisions as supplemented or amended of the International Sporting Code (the Code), the Formula One Technical Regulations (the Technical Regulations) and the present Sporting Regulations together with all the provisions of the 1998 Concorde Agreement (the Agreement) of which they have had due notice.

4)  The Championship is governed by the Agreement and its schedules.

5)  Any special national regulations must be submitted to the FIA with the original application for inclusion of an Event on the international calendar. Only with the approval of the FIA can such special regulations come into force for an Event. The FIA will ensure that all applicant competitors are informed of such special regulations before entries close under Article 41.

GENERAL CONDITIONS

6)  It is the competitor's responsibility to ensure that all persons concerned by his entry observe all the requirements of the Agreement, the Code, the Technical Regulations and the Sporting Regulations. If a competitor is unable to be present in person at the Event he must nominate his representative in writing. The person having charge of an entered car during any part of an Event is responsible jointly and severally with the competitor for ensuring that the requirements are observed.

7)  Competitors must ensure that their cars comply with the conditions of eligibility and safety throughout practice and the race.

8)  The presentation of a car for scrutineering will be deemed an implicit statement of conformity.

9)  All persons concerned in any way with an entered car or present in any other capacity whatsoever in the paddock, pit lane, or track must wear an appropriate pass at all times.

LICENCES

10) All drivers, competitors and officials participating in the Championship must hold a FIA Super Licence. Applications for Super Licences must be made to the FIA through the applicant's ASN.

The driver's name will remain on the list for Super Licences for one year.

CHAMPIONSHIP EVENTS

11) Events are reserved for Formula One cars as defined in the Technical Regulations.

12) Each Event will have the status of an international restricted competition.

13) With the exception of Monaco, the distance of all races, from the start signal referred to in Article 139 to the chequered flag, shall be equal to the least number of complete laps which exceed a distance of 305 km. However, should two hours elapse before the scheduled race distance is completed, the leader will be shown the chequered flag when he crosses the control line (the Line) at the end of the lap during which the two hour period ended. However, should the race be suspended (see Article 150) the length of the suspension will be added to this period.

The Line is a single line which crosses both the track and the pit lane.

14) The maximum number of Events in the Championship is 17, the minimum is 8.                                  

15) The final list of Events is published by the FIA before 1 January each year.

16) An Event which is cancelled with less than three months written notice to the FIA will not be considered for inclusion in the following year's Championship unless the FIA judges the cancellation to have been due to force majeure.

17) An Event may be cancelled if fewer than 12 cars are available for it.

- illegitimately prevented a legitimate overtaking manoeuvre by a driver ;
- illegitimately impeded another driver during overtaking.

53)  a)  It shall be at the discretion of the stewards to decide, upon a report or a request by the race director, if a driver or drivers involved in an incident shall be penalised.

b)  If an incident is under investigation by the stewards a message informing all teams which driver or drivers are involved will be displayed on the timing monitors.

Provided that such a message is displayed no later than five minutes after the race has finished the driver or drivers concerned may not leave the circuit without the consent of the stewards.

54)  The stewards may impose any one of three penalties on any driver involved in an incident :

a)  A drive-through penalty. The driver must enter the pit lane and re-join the race without stopping ;

b)  A ten second time penalty. The driver must enter the pit lane, stop at his pit for at least ten seconds and then re-join the race.

c)  a drop of ten grid positions at the driver's next Event.

However, should either of the penalties under a) and b) above be imposed during the last five laps, or after the end of a race, Article 55b) below will not apply and 25 seconds will be added to the elapsed race time of the driver concerned.

55)  Should the stewards decide to impose either of the penalties under Article 54a) or b), the following procedure will be followed :

a)  The stewards will give written notification of the penalty which has been imposed to an official of the team concerned and will ensure that this information is also displayed on the timing monitors.

b)  From the time the stewards' decision is notified on the timing monitors the relevant driver may cover no more than three complete laps before entering the pit lane and, in the case of a penalty under Article 54b), proceeding to his garage where he shall remain for the period of the time penalty.

Whilst a car is stationary in the pit lane as a result of incurring a time penalty it may not be worked on. However, if the engine stops it may be started after the time penalty period has elapsed.

c)  When the time penalty period has elapsed the driver may rejoin the race.

d)  Any breach or failure to comply with Articles 55b) or 55c) may result in the car being excluded.

## PROTESTS

56)  Protests shall be made in accordance with the Code and accompanied by a fee of 2000 US Dollars.

## SANCTIONS

57)  The stewards may inflict the penalties specifically set out in these Sporting Regulations in addition to or instead of any other penalties available to them under the Code.

## CHANGES OF DRIVER

58)  a)  During a season each team will be permitted to use four drivers (excluding any third driver taking part in either of the free practice sessions on the first day of practice). Changes may be made at any time before the start of the qualifying practice session provided any change proposed after 16.00 on the day of scrutineering receives the consent of the stewards.

Additional changes for reasons of force majeure will be considered separately.

Any new driver may score points in the Championship.

b)  In addition to the above all teams, other than those who finished in the top four positions of the previous year's World Championship for Constructors, will be permitted to run a third driver during both free practice sessions on the first day of practice provided :

# EXHIBIT 26



unless a chicane is constructed on the approach to the critical Turn 13.

"It appears to be a little unclear as to whether we go racing or not," David Coulthard told ITV-F1 pit reporter Louise Goodman.

"The Michelin position is that we can''t race without a chicane."

The FIA has refused to build a chicane, but Minardi's Paul Stoddart suggested that whether a chicane is installed is actually down to the circuit.

"It's not up to the FIA to provide a chicane," said Stoddart.

The teams are preparing as normal, but the Michelin teams will pull out of the race immediately if a chicane is not installed.

Ferrari did not participate in the teams' meeting and the team is trying to stay out of the controversy.

"Ferrari is just preparing for the race," said spokesman Luca Colajanni.

"That's it. Nothing more."



**Source - http://www.autosport-atlas.com/news.aspx?id=45097&s=5**
**SCHUMACHER WINS FARCICAL US GP**
**BY WILL GRAY**
**SUNDAY, 19 JUNE 2005 19:23**

World Champion Michael Schumacher won a bizarre and embarrassing United States Grand Prix for Ferrari after seven of the ten teams on the grid pulled out of the race because of safety concerns.

Only six cars lined up on the grid to start the race after Michelin warned all their partner teams not to compete because they could not guarantee their tyres would be safe.

A Formula One race had never previously started with so few cars on the grid. The previous lowest number was 10 for the Argentina Grand Prix in January 1958.

That put Schumacher, in fifth on the grid, effectively on pole, directly ahead of teammate Rubens Barrichello and left the two Ferraris to battle it out for victory all alone as their



# EXHIBIT 27

# Indianapolis Motor Speedway (IMS)

Tony George

**Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33196**
**IMS PINS BLAME ON F1 AND MICHELIN**
**Last Updated: Sunday, 19, June, 2005, 23:48**

Event promoters have laid the blame for Sunday's US Grand Prix debacle squarely at the door of tyre company Michelin and Formula 1's powers-that-be.

The Indianapolis Motor Speedway issued a statement attempting to appease the legions of incensed fans who were deprived of anything resembling a proper motor race by the withdrawal of the seven Michelin teams at the end of the formation lap.

A large proportion of the estimated 120,000 spectators headed for the exit gates after only a handful of laps, many of them vowing never to attend a grand prix again.



The IMS apologised for the fans' disappointment but encouraged them to address any complaints or requests for a ticket refund to Michelin, the FIA and Formula One Management.

The statement read: "The Indianapolis Motor Speedway shares in the disappointment with loyal fans of IMS and Formula 1 that we did not see the exciting race we all anticipated due to circumstances beyond our control.

"The FIA, Formula 1, the constructors and manufacturers that represent the cars on the starting grid made decisions on an individual basis to limit participation in today's US GP.

"We suggest the fans who wish to make their feelings known contact Michelin, the FIA and Formula One Management."

**Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33199**
**INDY BOSS HOPES GP CAN RECOVER**
**Last Updated: Monday, 20, June, 2005, 16:09**

# EXHIBIT 28

"I have heard many, many calls for Mosley''s resignation.

"I would echo that.

"I don''t think there is any credible explanation for what went on.

"I think the president of the FIA has to have a very close look at his position, because many people think his position is untenable."

Mosley's reply was defiant and unequivocal.

"If something was my fault I'd be first to consider my position," he told the BBC.

"I'd be first to accept blame if it was over something I had control but I don't.

"If I was in charge of the tyres or the teams, it wouldn't have happened."            TK

The FIA president believes Michelin and its teams should pay compensation to the disappointed American fans.

"Morally, there's no question in my mind, they deprived the fans of something," he said.

"They owe the fans money and they owe the fans compensation for wasted time."

Many senior Formula 1 figures have come out in support of the Michelin teams' stance, including British legends Nigel Mansell, Jackie Stewart and Stirling Moss.

"The FIA were given the opportunity to have a chicane created, and I think that compromise should have been taken," said Stewart.

"I can see all the points of view, I really can, but I would have thought that putting in a chicane — as long as it was put in a sensible place — wouldn't have made very much difference for the other teams," added Moss.

# EXHIBIT 29

"We are not talking about getting a lot of people in grandstands next year, we are talking about redeeming Formula One in North America.

"Saying we messed up and now we're going to give you a freebie, I'm not sure that cleans the mess-up of the year before.

"It doesn't mean that suddenly Formula One is great again."

Villeneuve fears there is little the sport can do to right the wrongs of two weeks ago aside from waiting for the incident to fade from fans' memories.

American fans have been slow to take to Formula One since it returned to the United States at the legendary Indianapolis Motor Speedway in 2000 and Villeneuve suspects terminal damage may have been done to the series.

"It will take a long time to get it [interest] back to what it was," the Canadian added. "This could be really hurtful, I don't know if Formula One will recover from that.

"You can't cure what has been done, the damage has been done and you cannot cure it. Time is the only thing that can cure it, and it will take a long time.

"All the groundwork that has been done has been destroyed, you have to start from scratch. Don't expect it to be the back to the same in two years."

World champion Michael Schumacher is more optimistic over the sport's future, claiming fans will quickly forget the 2005 spectacle, which could even boost Indianapolis attendances.

The Ferrari driver believes he will return to the United States in the near future, with a non-championship race at the end of the season suggested, when the sport can show its true colours.

"It's pretty obvious what has happened but despite that I think Formula One will return to the States at some stage and be very strong," he said.

# EXHIBIT 30

we'll win the championship.

As long as Formula 1 is a true, credible, dependable race, a mechanical sport at the top level, Michelin will be there — particularly because F1 is more technically oriented. So yes, we love Formula 1, we want to be here.

Ted: Do you fear Max Mosley will try to force you out of the sport?

PD: That's his problem. It may become our problem too, but we'll see.

Source - http://www.autosport-atlas.com/news.aspx?id=45339&s=5
MICHELIN WILL ONLY PAY FOR INDY TICKETS
FRIDAY, 01 JULY 2005 12:18

Michelin motorsport boss Pierre Dupasquier has said the company is going to stand firm over its compensation package for the United States Grand Prix fiasco, after claims this week that they should be ready to pay up to £30 million.

FIA president Max Mosley has heaped the blame for the events at Indianapolis firmly on Michelin's shoulders and claimed the French tyre manufacturer should be fully responsible for any costs caused by the mass withdrawal of the race.

But Dupasquier is adamant that Michelin has no plans to do any more than the offer of ticket refunds for fans at the US GP and the purchasing of 20,000 tickets for next year - which in total will cost the company about £8 million.

"Hand on heart, we have said we screwed up at Indianapolis," said Dupasquier. "But we are not open to negotiation. We have made a statement and that is it."

Mosley told a press conference after the FIA World Motor Sport Council meeting on Wednesday: "Michelin caused the problem 100 percent and took a deliberate risk and should pay all of the foreseeable costs that arise from this.

"I have a feeling that if they get out of this for less than $50 million they will have done well."

-58-

# EXHIBIT 31

Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33258
**MOSLEY DISMISSES TEAM BOYCOTT**
Last Updated: Tuesday, 28, June, 2005, 10:55

FIA president Max Mosley has dismissed the possibility of the Michelin teams boycotting the French Grand Prix at Magny-Cours this weekend, should they be severely punished at Wednesday's FIA World Council meeting.

The seven teams which use the French rubber face censure after withdrawing en masse from the US GP after the formation lap.

"For me it's not personal," Mosley said in an interview with the Guardian newspaper on Monday.

"There is only animosity over who should run the sport. On the one hand I'm saying it's the FIA and they [the team owners] think it should be the teams. When I was one of them I thought the same.

"But the governing body will always win. So I'm not concerned if they take an antagonistic line. What are they going to do? If they go on strike, they're simply cutting off their nose to spite their face. That won't happen."

Minardi team owner Paul Stoddart, Mosley's most outspoken critic, is not so sure however.

"In the worst possible situation of some kind of draconian penalty, would the other teams race? I think we would have a meeting and you wouldn't guarantee it," the Australian told BBC Radio.

"If it is anything more than a reprimand [then it would be wrong]. The teams were totally innocent victims, as was the Indianapolis Motor Speedway, as were the American public."

Large fines to compensate the US fans and promoters, a deduction of points or even a suspended ban, have all been mooted as likely penalties for the seven teams, but Mosley says that all options are open.

"I wouldn't exclude a ban or two," Mosley told the newspaper.

"If it emerges that the guilt of certain teams is of a certain level, then a ban will be justified. There are various other possibilities — points being deducted, a fine or reprimand. I don't know what will happen until we hear from the teams."

Mosley also indicated in the interview that he was unconvinced that the left-rear tyre problems faced by the Michelin teams in Indianppolis were as serious as they claimed and that the teams may have exploited the issue.

# EXHIBIT 32

"They were incredibly stupid because there are no winners in a situation like this - except the American lawyers. It was crazy," said Mosley.

"I felt intense irritation because I also suspected the tyre problem was not as grave as they represented.

"I felt the situation had been created artificially and deliberately."

Source - http://f1.racing-live.com/en/index.html
**FORMULA ONE SET FOR CRISIS HEARING**
**WHO WILL REIMBURSE THE RACE FANS AT INDY?**
**[28/06/05 - 11:18]**

**With no suitable tyre, the US Grand Prix descended into a six- car farce**

Motor racing faces a potentially divisive meeting on Wednesday when seven Formula One teams who refused to race in last week's US Grand Prix over the safety of their tyres are hauled before a disciplinary hearing.

Reports have suggested teams could boycott future races if they get severe penalties for their role in the US Grand Prix fiasco. Max Mosley, President of F1's governing body the FIA, has warned that "The governing body will always win."

In an interview with The Guardian, Mosley dismissed fears of a strike and said: "I'm not concerned if they take an antagonistic line. What are they going to do? If they go on strike, they're simply cutting off their nose to spite their face. That won't happen."

Mosley says punishment could range from a reprimand to a ban for life - but he thought the punishment would fall between those two extremes.

"If it emerges that the guilt of certain teams is of a certain level, then a ban will be justified," he said. "There are various other possibilities - points being deducted, a fine or reprimand."

Minardi boss Paul Stoddart said it would be wrong for to hand out 'draconian bans' to the seven teams at Wednesday's hearing.

# EXHIBIT 33

"It's exactly what we all fought for, including sadly the teams that are being affected today.

"We all fought for it in Brazil last October, in November, in December, when Max cancelled the F1 Commission meeting that would have seen that get voted for.

"And now it's in his latest proposals that he proposes that a single tyre should come in......"

**Source - http://www.itv-f1.com/News_Article.aspx?PO_ID=33187**
**ANGRY STODDART CRITICISES JORDAN**
**Last Updated: Sunday, 19, June, 2005, 20:16**

Paul Stoddart says his Minardi team is only competing in the United States Grand Prix because their main rivals Jordan decided not to join the Michelin teams'' boycott of the event.

Seven of the ten teams pulled straight into the pits at the end of the formation lap after the authorities refused to agree to Michelin''s request for a chicane at turn 13.

Minardi had been expected to join the boycott, but instead the cars of Christijan Albers and Patrick Friesacher lined up on the grid with the Ferraris and Jordans.

"Nine teams agreed not to race today unless there was a chicane added to allow the Michelin teams to run," Stoddart told ITV.

"The reason my cars are out there is simple — it's because one of those teams decided not to honour that commitment, and that was the only team we're racing in the championship, which is Jordan.

"So while the Jordan cars continue to circulate, we have no choice."

Jordan's new sporting director Adrian Burgess said his team chose to compete for the sake of the American fans.

"All these people have paid a lot of money and they're not going to be happy, but there are six cars

# EXHIBIT 34

even more harmful.

"I think that would be scandalous," Stewart said of the possibility of a race boycott. "The sport cannot go on with the leadership it has if that is the case. The teams are supported by multinational companies, so to give a no-show is unacceptable."

**Source - http://www.autosport-atlas.com/news.aspx?id=45270&s=5**
**F1 SLAMMED BY NASCAR DRIVERS**
**BY JONATHAN NOBLE**
**MONDAY, 27 JUNE 2005 11:28**

Formula One's presence in the United States may have barely registered on NASCAR's radar prior to last weekend's Indianapolis fiasco, but the bizarre events at the Brickyard appear to have even opened eyes in America's most popular motor racing series.

Unfortunately, although Grand Prix racing would previously have clamoured for any attention it could get from NASCAR, the kind of comments coming from the sport's biggest stars do not portray the image that Formula One's teams, sponsors and especially Michelin will want to hear.

The message coming from the NASCAR field, which recently overcame its own tyre safety problem at Pocono, was that Formula One did itself a disservice with what happened at Indianapolis.

"It's unbelievable when only a few cars start the race after travelling that far," Jimmie Johnson told the *Marin Independent Journal*. "It's a shame to see their teams didn't race and there wasn't some sort of happy medium between the sanctioning body and the race teams so the guys could put on a show for all the fans."

Boris Said added: "I think those F1 guys are a bunch of (wimps). I mean, that's a joke they didn't give the fans a race. I was shocked. Bridgestone had a tyre that could make it, and I think the Michelin guys should have raced and they just should have slowed down."

Tony Stewart, who is never afraid to let his feelings be known, added: "I thought it was absurd. If I was Bernie Ecclestone, I'd ban Michelin from Formula One racing over that incident. Being a premier series in the world, that was, in my eyes, totally unacceptable."

And in the wake of the Pocono tyre dramas, where the field was hit with an astonishing 22 tyre failures, Stewart claims that there was no excuse for a solution not being found that



-131-

would have allowed the Michelin teams to start the race.

"We have tyre issues off and on all year, but we find a way to comprise and never let our fans down. In Michigan (last week), for example, we had cars coming in with tyres down to the cords every run, but not one driver said, 'I'm not going to run because I don't feel safe,' he explained.

"I promise you I'll never ever let anybody in my family ever have a set of Michelin tyres on their car. It's the dumbest thing I've seen in racing."

**Source - http://www.autosport-atlas.com/news.aspx?id=45319&s=5**
**INDY LAWSUITS STILL ON DESPITE VERDICT**
**THURSDAY, 30 JUNE 2005 12:03**

The FIA's decision to find the seven Michelin teams guilty on two charges of damaging Formula One over their United States Grand Prix mass withdrawal is unlikely to stop legal action taken by fans.



Although the FIA have said that they will hand out penalties to the teams in September, with lenient sentencing likely if Indianapolis fans have been suitably compensated, early reaction from the United States has not been all positive.

With several spectators already having filed lawsuits against Formula One for the Indianapolis fiasco, one of the lawyers pushing for the action has said that he believes it is not satisfactory for the FIA to have simply blamed the teams and tyre supplier Michelin for the events.

"It's not enough to point a finger at Michelin and just say, 'Fix it,' " said Indianapolis-based lawyer William Bock in a statement. "The supposed guardians of the sport owe a duty to the fans to be part of the solution.

"Apparently, the FIA and Formula One hope that the furore over the (US GP) debacle will blow over if they ignore it for three months."

Indianapolis itself has refused to get dragged into the situation since the US GP, with track officials telling the *Indianapolis Star* newspaper that they were focused on ensuring fans are suitably compensated for what happened.

-132-

# EXHIBIT 35

"It is not pink," he said, when asked how he saw Formula One's future in the US.

**Source -**
**http://emagazine.credit-suisse.com/article/index.cfm?fuseaction=OpenArticle&aoi**
**d=100979&lang=en**
**OUTRAGED FANS STORM OUT OF THE SPEEDWAY**
**20.06.2005**

As Michelin drivers pulled into the pits after the first lap, stunned fans quickly became angry fans. Realizing that just six teams would race, they booed, stomped their feet and left the track in droves. emagazine got comments from a handful of fans as they left the US Grand Prix debacle behind.

Jeffrey, Jeffersonville, Indiana
(with son Michael Alan and wife Anna)
Disappointment is part of competition. It's unfortunate that Michelin didn't make it, but it is all part of racing. We are just happy to see that Formula is in America and at the Indianapolis Motor Speedway.

Marcello, Detroit
I don't know if it's Michelin's fault or the FIA, but it's just bullshit. I came all the way from Detroit for nothing. I was rooting for Renault, but it doesn't matter, because I just wanted to see a race.

Gustavo, Bolivia
This is a total disappointment. I was proud of driving a BMW with Michelin tires up until now, but I think I'm going to change to Dunlop. I flew all the way from Bolivia to watch this thing. This is the last time that I support Formula One. We want our money back!

Steve, Indianapolis, Indiana
I live down the street, so it is no problem for me to come down here and make the commitment, but a lot of these people have spent thousands of dollars to get here. For Formula One to spit in their face shows a total lack of respect for the fans.

Chris, Canada
I drove 10 hours from Canada to watch Sauber, McLaren, Williams and all the other teams race. I think there was such a good turnout this year because Ferrari was not dominating. To have them run around with the two slowest teams is a farce.

Tony, Florida

I paid about 3,000 dollars to get here. I'm frustrated and upset. They are trying to establish Formula One in America and Americans are going to hate them for something like this. I'll come back because I'm a true fan, but a lot these people won't come back next year.

Brad and Dan, North Carolina
Brad: I feel horrible and I won't come to another Formula One event again and I will never watch it again.
Dan: Nascar cares about its fans. These people just care about money.

Eric, Baltimore, Maryland
I drove nine and half hours from Maryland for no race. Never in the 25 years since I've been watching auto racing have I ever seen anything like this. Tony George ought to be embarrassed because he's got a fan base that comes to see this.

Brad, Cincinnati
I didn't come here to the Formula One for the first time to see this. FIA and Tony George should have worked it out. I have to question whether I will support Formula One after this. In America, F1 is on the ropes, so question is whether they will survive this.

Ferrari Fan, Bosnia
We came from Europe and spent quite a bit of money. This race should have been stopped. We'll still support Formula One, but they need to change the rules so this will not happen again. We are so disappointed, but Michael is going to race for the fans.

Jacob, Chicago
We came all the way from Chicago and probably the last time. We are very disappointed. We still watch Formula One. We really like it and that's why we came all the way here. It's a big disappointment for us.

Gary, Ontario, Canada
We've spent four days here and lots of money and it's just very sad. It's good for the drivers, because they want to be safe. I agree with that, but there had to be some solution somewhere in between for all of the people that came from far away.


**Sources -**
**http://emagazine.credit-suisse.com/article/index2.cfm?fuseaction=OpenArticlePrint&aoid=100999&download=true&lang=EN**
**http://www.planet-f1.com/teams/team_news/sauber/story_20031.shtml**
**PETER SAUBER: "A NEEDLESS DISASTER"**

**20.06.05**

Despite the US Grand Prix debacle, a frustrated Peter Sauber lit his obligatory cigar and even made room for apple pie with whipped cream. However, the bitter taste left behind from the race likely spoiled the experience. "What took place here today is a drama, a farce for the fans," said the team boss about the race, where neither his team nor six other Michelin teams participated. Due to security reasons, but also because the FIA, the Formula One rule maker, rejected all of the possible solutions suggested by the teams.

**Peter Sauber, what is the team spirit like following this curious race?**

It is strained. I wouldn't describe the race as curious - what took place was a drama. We have to apologize to all of the spectators here, and to the millions of fans who follow Formula One from their homes. They are all very important to us.

**What led to the Michelin teams pulling out of the race?**

Following Ralf Schumacher's relatively serious accident on Friday, Michelin discovered that it was caused by the tires. Michelin then began intensive research and came to the conclusion that we could not follow through with this race unless we slowed down. Naturally, we decided to follow their recommendation.

**Did the relatively strict safety and liability laws of the US also play a role?**

No. We would have reacted the same in other country. The safety of the drivers is number one for all of the teams. We were all agreed that we could not drive with these tires unless the race course was slightly altered. It would have been possible to build a chicane in turn 13, which is a banked curve. Doing this would have mitigated the entire course, and the maximum speeds would have considerably reduced.

**Why weren't these measures implemented?**

We, along with all of the Michelin teams, put this solution forward to the FIA, but it declined. Instead, the FIA suggested its own solutions, which would not have worked. In fact, they would have created new dangers.

**Was there no way around this impasse?**

No, despite the fact that nine of the teams went back in this morning to request the creation of the chicane. In other words, two Bridgestone teams, Jordan and Minardi, went along. Various telephone calls took place between the team bosses and the FIA head, Max Mosley. Although I can't say in detail what was discussed, the results were always negative. The fact that it was not permissible to make a simple change that would have made it possible to follow through with the race is a disgrace for Formula One here in America. The seven Michelin teams were in agreement that the Bridgestone cars, the two Ferraris, two Jordans and two Minardis, could start from the lead positions in the grid. We were even prepared to default on all points for this race.

-19-

# EXHIBIT 36




FEDERATION INTERNATIONALE DE L' AUTOMOBILE

# TELEFAX

| To | : | The Team Manager<br>All Formula One Teams | | | |
|---|---|---|---|---|---|
| cc | : | Jo Bauer ; Alan Fuller ; Kris de Groot | | | |
| From | : | Charlie Whiting | Ref | : | TD/027-05 |
| Date | : | 5th July 2005 | Pages | : | 2 |
| Subject | : | United States Grand Prix | | | |

## 2005 FIA Formula One World Championship

Having had time to reflect on Indianapolis, I believe the fundamental mistake was that Michelin (or a team) did not come to us with their problem in accordance with the International Sporting Code, but instead sought to impose a solution. When we had to reject this solution for reasons which I hope everyone now understands, some of the teams asked the FIA president to intervene.

This would have been contrary to the ISC, which gives supreme authority at a race to the stewards (Article 141), but none to the president of the FIA. The FIA president has no role under the ISC and, as I understand he pointed out to the team principals, to assume one would have put him at personal risk in the American courts as well as imperilling the FIA.

Had Michelin come to us with their problem and told us their maximum safe speed in Turn 13, I would immediately have called a meeting of the team managers, with whom I normally work. I have no doubt we would have found a solution – I myself can think of four possibilities before facing the choice of using the pit lane each lap or withdrawing from the race. With the help of the team managers I am sure this list of four would have grown and all options could then have been presented to the stewards.

Bearing in mind that the full extent of the problem was known by 06.00 on the Sunday, there was time to find a solution which was fair from the sporting point of view but also, and perhaps even more importantly, defensible in the US courts had something gone wrong.

In a similar situation in the future, I strongly suggest we stick to the ISC. It is based on many years of experience at motor sport events of all kinds. It works well, particularly when things are difficult.

Kind regards



Charlie Whiting
FIA Formula One Technical Department