UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: 2005 United States Grand Prix ) Master Docket No.1:05-cv-00914-SEB-VSS
)

**MICHELIN NORTH AMERICA, INC.'S SUPPLEMENTAL
REPLY BRIEF IN SUPPORT OF DEFENDANT'S MOTION TO
DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED COMPLAINT**

Michelin North America, Inc. ("Michelin"), improperly named as Michelin Tire Corp., hereby specifically joins in and adopts Defendants' Joint Reply Brief in Support of their Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint. Michelin also submits this supplemental reply brief to address Plaintiffs' erroneous argument at pp. 23-24 of their Response that they are third party beneficiaries of express or implied warranties that allegedly accompanied the Michelin tires that were supplied to the Michelin-shod teams. Putting to one side plaintiffs' attempt to blame Michelin, rather than their own lack of a pre-suit investigation, for the failure to identify the terms of any warranty that supposedly was intended to benefit them, plaintiffs have badly misstated the law.

Michelin agrees that under Indiana law a consumer in the distributive chain can sue a manufacturer for economic loss based on a breach of implied warranty. There is no requirement of vertical privity for such a claim, provided the purchaser and the manufacturer are in the same distributive chain. Hyundai Motor America, Inc. v. Goodin, 822 N.E.2d 947, 952-54 (Ind. 2005). That Indiana has abolished vertical privity for tire purchasers is interesting, but entirely irrelevant to this case because plaintiffs purchased tickets, not tires.

Plaintiffs' claim is not that they have direct warranty rights in any event, but that they are "third party beneficiaries" of unspecified warranties that accompanied the tires. That claim is

precluded as a matter of law by Section 2-318 of the Indiana Commercial Code which specifically and unambiguously limits third-party beneficiaries of express or implied warranties to "any natural person who is in the family or household of his buyer or who is a guest in his home if it is reasonable to expect that such person may use, consume or be affected by the goods <u>and</u> who is injured <u>in person</u> by a breach of the warranty." IC 26-1-2-318 (emphasis added). Plaintiffs do not allege that they meet this definition in any respect, and we know that they do not since they are seeking to recover economic losses only. As such, they cannot claim to be third party beneficiaries of any warranty under Indiana law. <u>See</u> <u>Hyundai Motor</u>, 822 N.E.2d at 955 (because Alternatives A and B of 2-318 are limited to cases where the plaintiff is injured in person, they do not authorize recovery for an economic loss).

Plaintiffs have no direct or third-party warranty rights under settled Indiana law associated with the Michelin tires supplied to the Michelin-shod teams. Their arguments to the contrary have no legal support at all and cannot save the claim from the judicial scrap heap.

Respectfully submitted,

By: /s/ Peter W. Herzog III
     Peter W. Herzog III
     Bettina J. Strauss
     Bryan Cave LLP
     211 N. Broadway, Suite 3300
     St. Louis, MO 63102
     (314) 259-2000

     James W. Riley, Jr., Esq.
     Riley Bennett & Egloff, LLP
     141 East Washington Street
     Suite 400
     Indianapolis, IN 46204
     (317) 636-8000

Attorneys for Michelin North America, Inc.

Certificate of Service

      I hereby certify that on November 29, 2005, a copy of Michelin North America, Inc.'s Supplemental Reply Brief in Support of Defendant's Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Henry J. Price
William N. Riley
Gabriel A. Hawkins
PRICE WAICUKAUSKI RILEY & DEBROTA, LLC
hprice@price-law.com
mdabio@price-law.com
sbissonnette@price-law.com
jmiller@price-law.com
ghawkins@price-law.com
wriley@price-law.com
eamos@price-law.com

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
Eric S. Pavlack
Jeff S. Gibson
COHEN & MALAD, LLP
ilevin@cohenandmalad.com
ccox@cohenandmalad.com
rshevitz@cohenandmalad.com
cmeadows@cohenandmalad.com
epavlack@cohenandmalad.com
sgilchrist@cohenandmalad.com
jgibson@cohenandmalad.com

William Bock, III
James A. Knauer
Reynolds B. Brissenden
Kurtis A. Marshall
KROGER GARDIS & REGAS
wb@kgrlaw.com
jak@kgrlaw.com
hns@kgrlaw.com
rbb@kgrlaw.com
tjb@kgrlaw.com
kam@kgrlaw.com

Michael B. Hyman
MUCH SHELIST
mbhyman@muchshelist.com

Deborah J. Caruso
DALE & EKE
dcaruso@daleeke.com
lharves@daleeke.com

Peter E. Borkon
Robert C. Schubert
SCHUBERT & REED, LLP
pborkon@schubert-reed.com
rschubert@schubert-reed.com

KC Cohen
KC COHEN LAWYER, PC
kc@esoft-legal.com

Dylan A. Vigh
DULIK & VIGH
dvighlaw@gmail.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES,P.C.
rschuckit@schuckitlaw.com
asmith@schuckitlaw.com
lvecera@schuckitlaw.com
asmith@schuckitlaw.com

Larry D. Drury
ldrurylaw@aol.com

David M. Mattingly
Curtis W. McCauley
Robert L. Gauss
Mark J. Richards
ICE MILLER
david.mattingly@icemiller.com
jeni.keene@icemiller.com
mccauley@icemiller.com
lantz@icemiller.com
gauss@icemiller.com
worth@icemiller.com
mark.richards@icemiller.com

A. William Urquhart
Shon Morgan
Scott L. Watson
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
billurquhart@quinnemanuel.com
shonmorgan@quinnemanuel.com
scottwatson@quinnemanuel.com

Sally Franklin Zweig
Offer Korin
Bernard Pylitt
KATZ & KORIN
szweig@katzkorin.com
jleguellec@katzkorin.com
bburows@katzkorin.com
vellis@katzkorin.com
okorin@katzkorin.com
cwright@katzkorin.com
bpylitt@katzkorin.com
ckeith@katzkorin.com

Stephen P. Handler, P.C.
Derek J. Meyer
Stephanie A. Petersmarck
MCDERMOTT WILL & EMERY LLP
shandler@mwe.com
spetersmarck@mwe.com

Hugh E. Reynolds, Jr.
John K. McDavid
LOCKE REYNOLDS LLP
hreynolds@locke.com
sdunn@locke.com
meaton@locke.com
jmcdavid@locke.com
sreynolds@locke.com

Lawrence F. Carnevale
CARTER LEDYARD & MILBURN, LLP
carnevale@clm.com

Stephen E. Arthur
Raymond A. Basile
HARRISON & MOBERLY
sarthur@h-mlaw.com
basile@h-mlaw.com

Thomas A. Doyle
James J. Dries
Matthew Gordon Allison
BAKER & MCKENZIE LLP
thomas.a.doyle@bakernet.com
james.j.dries@bakernet.com
matthew.g.allison@bakernet.com

James McGinnis Boyers
William P. Wooden
WOODEN & MCLAUGHLIN LLP
jboyers@woodmaclaw.com
wwooden@woodmaclaw.com


     I hereby certify that on November 29, 2005, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Keith S. Shindler
1040 S. Milwaukee Ave.
Wheeling, IL 60090


                                                  /s/ Peter W. Herzog III