# EXHIBIT 1

Promoters Contract between Formula One Administration Limited and Indianapolis Motor Speedway Corporation, IMS-900001 to -22

Submitted Under Seal (See Attached)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: 2005 UNITED STATES GRAND PRIX ) Master Docket No. 1:05-cv-00914-SEB-VSS

**SUBMISSION OF DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5.3 and the Court's Protective Order dated October 11, 2005, Defendant Indianapolis Motor Speedway, LLC ("IMS"), submits the following document under seal:

**CONFIDENTIAL - ATTORNEY EYES ONLY**

1. Promoters Contract between Formula One Administration Limited and Indianapolis Motor Speedway Corporation, IMS-900001 to -22 (Exhibit 1 to IMS's Supplemental Reply Brief In Support Of IMS's Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint).

Copies of the above have been previously distributed to counsel for all parties.

Respectfully submitted,

_____
David M. Mattingly (#10630-49)
Curtis W. McCauley (#16456-49)

Attorneys for Defendant Indianapolis Motor Speedway, LLC

ICE MILLER
One American Square Box 82001
Indianapolis, IN 46282-0002
317.236.2100

cc:   All Counsel of Record