UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: 2005 UNITED STATES GRAND PRIX | ) ) ) | Master Docket No. 1:05-cv-00914-SEB-VSS |
|---|---|---|

**FORMULA ONE ADMINISTRATION LTD. AND FORMULA ONE MANAGEMENT LTD.'S SUPPLEMENTAL REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Formula One Administration Ltd. and Formula One Management Ltd. (collectively, "Formula One") file this Supplemental Reply to address a single issue raised in Formula One's original Motion to Dismiss ("Motion"). That issue involves plaintiffs' attempt to obtain from Formula One equitable relief in their unjust enrichment claim. As demonstrated in Formula One's Motion, plaintiffs' unjust enrichment claim should be dismissed, because they fail to allege Formula One did anything wrong or unjust to plaintiffs. (Formula One Opening Memorandum 8-9.) Plaintiffs' did not respond to this issue in their Response. Therefore, Formula One's demonstration that plaintiffs are not entitled to equitable relief against Formula One stands unrefuted.

Respectfully submitted,

LOCKE REYNOLDS LLP

By: */s/ John K. McDavid*
    Hugh E. Reynolds, Jr. #6033-49
    John K. McDavid, #14890-84
    Attorneys for Defendants,
    Formula One Administration Limited and
    Formula One Management Limited

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

PLAINTIFFS' COUNSEL:

| | |
|---|---|
| Henry J. Price<br>William N. Riley<br>Gabriel A. Hawkins<br>PRICE WAICUKAUSKI RILEY & DEBROTA<br>*hprice@price-law.com*<br>*wriley@price-law.com*<br>*ghawkins@price-law.com*<br>(Attorneys for Plaintiffs) | James A. Knauer<br>William Bock, III<br>Reynolds B. Brissenden<br>Kurtis Allen Marshall<br>KROGER GARDIS & REGAS, LLP<br>*jak@kgrlaw.com*<br>*wb@kgrlaw.com*<br>*rbb@kgrlaw.com*<br>*kam@kgrlaw*<br>(Attorneys for Plaintiff Bowers and Miller) |
| Robert C. Schubert<br>Peter E. Borkon<br>SCHUBERT & REED, LLP<br>*pborkon@schubert-reed.com*<br>*rschubert@schubert-reed.com*<br>(Attorneys for Plaintiff Dunn) | Robert J. Schuckit<br>SCHUCKIT & ASSOCIATES, P.C.<br>*rschuckit@schuckitlaw.com*<br>(Attorneys for Plaintiff Dunn) |
| Dylan A. Vigh<br>DULIK & VIGH<br>*dvighlaw@gmail.com*<br>(Attorneys for Plaintiff Shirey) | K.C. Cohen<br>K.C. COHEN LAWYER, PC<br>*kc@esoft-legal.com*<br>(Attorneys for Plaintiff Symons) |
| Eric S. Pavlack<br>Irvin B. Levin<br>Jeff S. Gibson<br>Richard E. Shevitz<br>Scott D. Gilchrist<br>COHEN & MALAD LLP<br>*epavlack@cohenandmalad.com*<br>*ilevin@cohenandmalad.com*<br>*jgibson@cohenandmalad.com*<br>*rschevitz@cohenandmalad.com*<br>*sgilchrist@cohenandmalad.com*<br>(Attorneys for Plaintiff Stewart) | Keith S. Shindler<br>LAW OFFICE OF KEITH S. SHINDLER, LTD.<br>*keith@shindlerlaw.com*<br>(Attorneys for Plaintiff Vassilyev) |

Michael B. Hyman
MUCH, SHELIST, FREED, DENENBERG,
AMENT & RUBENSTEIN, P.C.
*mbhyman@muchshelist.com*
(Attorneys for Plaintiff Vassilyev)

Deborah J. Caruso
DALE & EKE
*dcaruso@daleeke.com*
(Attorneys for Plaintiff Vassilyev)

DEFENDANTS' COUNSEL:

Matthew Gordon Allison
Thomas A. Doyle
James J. Dries
BAKER & MCKENZIE
*thomas.a.doyle@bakernet.com*
*james.j.dries@bakernet.com*
*matthew.g.allison@bakernet.com*
(Attorneys for Mile Seven Renault F1 Team,
BMW Williams F1 Team, Lucky Strike Bar
Honda, Panasonic Toyota Racing, Red Bull
Racing, Sauber Petronas and West McLaren
Mercedes)

William P. Wooden
James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
*wwooden@woodmaclaw.com*
*jboyers@woodmaclaw.com*
(Attorneys for Mile Seven Renault F1 Team,
BMW Williams F1 Team, Lucky Strike Bar
Honda, Panasonic Toyota Racing, Red Bull
Racing, Sauber Petronas and West McLaren
Mercedes)

James W. Riley, Jr.
RILEY BENNETT & EGLOFF, LLP
*jriley@rbelawa.com*
(Attorneys for Michelin North American, Inc.)

Bettina J. Strauss
Peter W. Herzog, III
BRYAN CAVE LLP
*bjstrauss@bryancave.com*
*pwherzog@bryancave.com*
(Attorneys for Michelin Tire Corporation)

Shon Morgan
A. William Urquhart
Scott Watson
QUINN EMANUEL URQUHART OLIVER &
HEDGES
*shonmorgan@quinnemanuel.com*
*billurquhart@quinnemanuel.com*
*scottwatson@quinnemanuel.com*
(Attorneys for Fèdèration Internationale De
L'Automobile)

Offer Korin
Sally F. Zweig
Bernard L. Pylitt
KATZ & KORIN
*okorin@katzkorin.com*
*szweig@katzkorin.com*
*bpylitt@katzkorin.com*
(Attorneys for Fèdèration Internationale De
L'Automobile)

David M. Mattingly  
Robert L. Gauss  
Curtis W. McCauley  
Mark J. Richards  
ICE MILLER  
*david.mattingly@icemiller.com*  
*robert.gauss@icemiller.com*  
*mark.richards@icemiller.com*  
*curtis.mccauley@icemiller.com*  
(Attorneys for Indianapolis Motor Speedway Corporation)

Steven P. Handler, P.C.  
Derek J. Meyer  
Stephanie A. Petersmarck  
MCDERMOTT WILL & EMERY LLP  
*shandler@mwe.com*  
*dmeyer@mwe.com*  
*spetersmarck@mwe.com*  
(Attorneys for Formula One Administration Limited and Formula One Management Limited)

Lawrence F. Carnevale  
CARTER LEDYARD & MILBURN, LLP  
*carnevale@clm.com*  
(Attorneys for Scuderia Ferrari Marlboro)

Stephen E. Arthur  
Raymond A. Basile  
HARRISON & MOBERLY  
*sarthur@h-mlaw.com*  
*basile@h-mlaw.com*  
(Attorneys for Scuderia Ferrari Marlboro)

Larry D. Drury  
LARRY D. DRURY, LTD.  
*ldrurylaw@aol.com*  
(Attorney for Katsenes)

                                           */s/ John K. McDavid*  
                                           John K. McDavid

LOCKE REYNOLDS LLP  
201 North Illinois Street, Suite 1000  
P.O. Box 44961  
Indianapolis, IN 46244-0961  
317-237-3800  
Fax: 317-237-3900  
*hreynolds@locke.com*  
*jmcdavid@locke.com*

CHI99 4557328-3.055455.0032

748790_1