IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: 2005 UNITED STATES GRAND PRIX PRODUCTS LIABILITY LITIGATION | ) ) ) ) Master Docket No. 1:05-CV-00914-SEB-VSS |

## CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO SURREPLY

Certain Defendants Formula One Administration Limited, Formula One Management Limited, Fèdèration Internationale de l'Automobile, Michelin North America, Inc., BMW Williams F1 Team, Panasonic Toyota Racing, Red Bull Racing, Sauber Petronas, Lucky Strike Bar Honda, West McLaren Mercedes, and Mile Seven Renault F1 Team, by counsel, respectfully request leave to file a short response to plaintiffs' Surreply. Our Local Rules contemplate the moving party having the last word on motions filed with the Court to respond as necessary to arguments raised and cases cited by the non-movant in their Response. Here, adherence to the spirit of the rules advise that defendants have an opportunity to file a response to plaintiffs' Surreply. Although most of plaintiffs' Surreply is unnecessarily repetitive of arguments in their Opposition Brief, Certain Defendants request leave to file the attached short Response.

WHEREFORE, certain defendants respectfully request the Court grant them leave to file their Response to Surreply and for all other relief proper in the premises.

Respectfully submitted,

LOCKE REYNOLDS LLP

By: */s/ John K. McDavid*
Hugh E. Reynolds, Jr. #6033-49
John K. McDavid, #14890-84
Attorneys for Defendants,
Formula One Administration Limited and
Formula One Management Limited

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of December, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

PLAINTIFFS' COUNSEL:

Henry J. Price
William N. Riley
Gabriel A. Hawkins
PRICE WAICUKAUSKI RILEY & DEBROTA
*hprice@price-law.com*
*wriley@price-law.com*
*ghawkins@price-law.com*
(Attorneys for Plaintiffs)

James A. Knauer
William Bock, III
Reynolds B. Brissenden
Kurtis Allen Marshall
KROGER GARDIS & REGAS, LLP
*jak@kgrlaw.com*
*wb@kgrlaw.com*
*rbb@kgrlaw.com*
*kam@kgrlaw*
(Attorneys for Plaintiff Bowers and Miller)

Robert C. Schubert
Peter E. Borkon
SCHUBERT & REED, LLP
*pborkon@schubert-reed.com*
*rschubert@schubert-reed.com*
(Attorneys for Plaintiff Dunn)

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
*rschuckit@schuckitlaw.com*
(Attorneys for Plaintiff Dunn)

Dylan A. Vigh
DULIK & VIGH
*dvighlaw@gmail.com*
(Attorneys for Plaintiff Shirey)

K.C. Cohen
K.C. COHEN LAWYER, PC
*kc@esoft-legal.com*
(Attorneys for Plaintiff Symons)

Eric S. Pavlack
Irvin B. Levin
Jeff S. Gibson
Richard E. Shevitz
Scott D. Gilchrist
COHEN & MALAD LLP
*epavlack@cohenandmalad.com*
*ilevin@cohenandmalad.com*
*jgibson@cohenandmalad.com*
*rschevitz@cohenandmalad.com*
*sgilchrist@cohenandmalad.com*
(Attorneys for Plaintiff Stewart)

Keith S. Shindler
LAW OFFICE OF KEITH S. SHINDLER, LTD.
*keith@shindlerlaw.com*
(Attorneys for Plaintiff Vassilyev)

Michael B. Hyman
MUCH, SHELIST, FREED, DENENBERG,
AMENT & RUBENSTEIN, P.C.
*mbhyman@muchshelist.com*
(Attorneys for Plaintiff Vassilyev)

Deborah J. Caruso
DALE & EKE
*dcaruso@daleeke.com*
(Attorneys for Plaintiff Vassilyev)

DEFENDANTS' COUNSEL:

Matthew Gordon Allison
Thomas A. Doyle
James J. Dries
BAKER & MCKENZIE
*thomas.a.doyle@bakernet.com*
*james.j.dries@bakernet.com*
*matthew.g.allison@bakernet.com*
(Attorneys for Mile Seven Renault F1 Team, BMW Williams F1 Team, Lucky Strike Bar Honda, Panasonic Toyota Racing, Red Bull Racing, Sauber Petronas and West McLaren Mercedes)

William P. Wooden
James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
*wwooden@woodmaclaw.com*
*jboyers@woodmaclaw.com*
(Attorneys for Mile Seven Renault F1 Team, BMW Williams F1 Team, Lucky Strike Bar Honda, Panasonic Toyota Racing, Red Bull Racing, Sauber Petronas and West McLaren Mercedes)

James W. Riley, Jr.
RILEY BENNETT & EGLOFF, LLP
*jriley@rbelawa.com*
(Attorneys for Michelin North American, Inc.)

Bettina J. Strauss
Peter W. Herzog, III
BRYAN CAVE LLP
*bjstrauss@bryancave.com*
*pwherzog@bryancave.com*
(Attorneys for Michelin Tire Corporation)

Shon Morgan
A. William Urquhart
Scott Watson
QUINN EMANUEL URQUHART OLIVER & HEDGES
*shonmorgan@quinnemanuel.com*
*billurquhart@quinnemanuel.com*
*scottwatson@quinnemanuel.com*
(Attorneys for Fèdèration Internationale De L'Automobile)

Offer Korin
Sally F. Zweig
Bernard L. Pylitt
KATZ & KORIN
okorin@katzkorin.com
szweig@katzkorin.com
bpylitt@katzkorin.com
(Attorneys for Fèdèration Internationale De L'Automobile)

| | |
|---|---|
| David M. Mattingly<br>Robert L. Gauss<br>Curtis W. McCauley<br>Mark J. Richards<br>ICE MILLER<br>*david.mattingly@icemiller.com*<br>*robert.gauss@icemiller.com*<br>*mark.richards@icemiller.com*<br>*curtis.mccauley@icemiller.com*<br>(Attorneys for Indianapolis Motor Speedway Corporation) | Steven P. Handler, P.C.<br>Derek J. Meyer<br>Stephanie A. Petersmarck<br>MCDERMOTT WILL & EMERY LLP<br>*shandler@mwe.com*<br>*dmeyer@mwe.com*<br>*spetersmarck@mwe.com*<br>(Attorneys for Formula One Administration Limited and Formula One Management Limited) |
| Lawrence F. Carnevale<br>CARTER LEDYARD & MILBURN, LLP<br>*carnevale@clm.com*<br>(Attorneys for Scuderia Ferrari Marlboro) | Stephen E. Arthur<br>Raymond A. Basile<br>HARRISON & MOBERLY<br>*sarthur@h-mlaw.com*<br>*basile@h-mlaw.com*<br>(Attorneys for Scuderia Ferrari Marlboro) |
| Larry D. Drury<br>LARRY D. DRURY, LTD.<br>*ldrurylaw@aol.com*<br>(Attorney for Katsenes) | |

                                              */s/ John K. McDavid*
                                              John K. McDavid

LOCKE REYNOLDS LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
*hreynolds@locke.com*
*jmcdavid@locke.com*

CHI99 4568287-1.055455.0032
659076_1