IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:  2005 UNITED STATES GRAND PRIX | )<br>) Master Docket No. 1:05-CV-00914-SEB-VSS<br>) |

**JOINT STIPULATION AND PROPOSED ORDER REGARDING DISMISSAL OF DEFENDANT COMPAGNIE GENERALE DES ESTABLISSEMENTS MICHELIN AND JURISDICTION AND SERVICE OF PROCESS ON MANUFACTURE FRANCAISE DES PNEUMATIQUES MICHELIN**

Plaintiffs have named as defendants in this lawsuit certain entities that are not residents of the United States, including the following entities: Compagnie Generale des Establissements Michelin ("CGEM") and Manufacture Francaise des Pneumatiques Michelin ("MFPM"). The parties disagree whether service of process has been effected as to these defendants under the applicable statutes and conventions. Plaintiffs believe that if CGEM and MFPM are properly served, the Court would have personal jurisdiction over these entities. CGEM and MFPM contest this, and do not believe that the Court would have personal jurisdiction over them, absent their consent to the Court's jurisdiction. In an effort to avoid contested motions practice and conserve judicial resources, the parties, by and through their counsel, hereby stipulate, agree, and request that the Court order the following:

1. Defendants CGEM and MFPM are specially appearing for the limited purpose of stipulating and agreeing to the terms contained herein and requesting, along with the other parties, that these terms be ordered by the Court. By entering into this stipulation, CGEM and MFPM are not waiving any other rights or defenses that they may have.

2. Defendant CGEM is hereby dismissed without prejudice.

3.  MFPM hereby consents to the personal jurisdiction of this Court for this specific matter. MFPM does not consent to the personal jurisdiction of this Court generally, and by consenting to the personal jurisdiction of this Court for this specific matter, MFPM is not consenting to the personal jurisdiction of this Court or any other court in other matters.

4.  This Joint Stipulation shall not constitute evidence and shall not be used by the parties or their lawyers as evidence in any other matter that either CGEM or MFPM are subject to the personal jurisdiction of the court in any such matters. Furthermore, neither the parties nor their lawyers shall argue in any other matters that by entering into this Joint Stipulation, CGEM or MFPM are subject to personal jurisdiction in any such matters. CGEM and MFPM are not prohibited from using this Joint Stipulation defensively, however, to rebut an allegation in another matter that they have consented to personal jurisdiction generally or specifically in that matter by entering into this Joint Stipulation.

5.  MFPM agrees to waive service of Process in this matter. MFPM is deemed to have been served with Plaintiffs' Third Amended Consolidated Class Action Complaint effective the date of this Order. Undersigned counsel will enter an appearance for MFPM with the filing of this stipulation.

6.  MFPM is deemed to have joined in Defendants' currently-pending Motion to Dismiss, and no further responsive pleading is required of MFPM in response to Plaintiffs' Third Amended Consolidated Class Action Complaint pending a ruling by the Court on Defendants' Motion to Dismiss. To the extent any further responsive pleading is necessary after the Court's ruling on the Motion to Dismiss, MFPM shall have 30 days from the date of the ruling to answer or otherwise respond to the Third Amended Consolidated Class Action Complaint.

7.      MFPM will provide the disclosures required by FED.R.CIV.P. 26(a)(1) within thirty (30) days of the date of this Order and file responses and any objections to Plaintiffs' document requests.  MFPM will produce responsive, non-privileged documents that it has not otherwise objected to producing in its responses and objections to Plaintiffs' document requests.

8.      MFPM will produce to Plaintiffs pursuant to the terms of the Protective Order in this case within ten (10) days of the date of this Order any contracts MFPM had with the Michelin-shod race teams that are parties to this lawsuit, Federation Internationale de l'Automobile, Formula One Administration Limited, and Formula One Management Limited during the relevant time period, with financial terms and other proprietary information redacted.

Respectfully submitted,

By:    s/ Peter W. Herzog III with consent of counsel        Dated:  March 8, 2006
       Peter W. Herzog III
       Bryan Cave LLP
       211 N. Broadway, Suite 3300
       St. Louis, MO 63102
       (314) 259-2000
       pwherzog@bryancave.com


       James W. Riley, Jr., Esq.
       Riley Bennett & Egloff, LLP
       141 East Washington Street, Ste. 400
       Indianapolis, IN 46204
       (317) 633-8000
       jriley@rbelaw.com

*Attorneys for CGEM and MFPM*

By:    s/Henry J. Price                                                           Dated: March 9, 2006
        Henry J. Price
        Price Waicukauski Riley & DeBrota, LLC
        301 Massachusetts Avenue
        Indianapolis, IN 46204
        (317) 633-8787
        hprice@price-law.com

*Lead Plaintiffs' Counsel and Chairman of the Executive Committee*

| | |
|---|---|
| Irwin B. Levin | William Bock, III |
| COHEN & MALAD, LLP | KROGER GARDIS & REGAS |
| One Indiana Square, Suite 1400 | Bank One Center |
| Indianapolis, IN 46204 | 111 Monument Circle |
| (317) 636-6481 phone | Suite 900 |
| (317) 636-2593 fax | Indianapolis, IN 46204-5125 |
| ilevin@cohenandmalad.com | (317) 692-9000 phone |
| | (317) 264-6832 fax |
| | wb@kgrlaw.com |

*Vice Chairs of the Plaintiffs' Counsel Executive Committee*

Michael B. Hyman
MUCH SHELIST
191 North Wacker Drive, 18th Floor
Chicago, IL 60606
(312) 521-2444 phone
(312) 521-2344 fax
mbhyman@muchshelist.com

*Plaintiffs' Counsel Executive Committee Member*

| | |
|---|---|
| Deborah J. Caruso | Peter E. Borkon |
| DALE & EKE | Robert C. Schubert |
| 9100 Keystone Crossing #400 | SCHUBERT & REED, LLP |
| Indianapolis, IN 46240 | Two Embarcadero Center |
| (317) 844-7400 phone | Suite 1660 |
| (317) 574-9426 fax | San Francisco, CA 94111 |
| dcaruso@daleeke.com | (415) 788-4220 phone |
| | (415) 788-0161 fax |
| *Plaintiffs' Counsel* | pborkon@schubert-reed.com |
| | rschubert@schubert-reed.com |
| | *Plaintiffs' Counsel* |

4

KC Cohen
KC COHEN LAWYER, PC
151 N. Delaware St., Suite 1104
Indianapolis, IN 46204
(317) 715-1845 phone
(317) 916-0406 fax
kc@esoft-legal.com
*Plaintiffs' Counsel*

Keith S. Shindler
1040 S. Milwaukee Ave.
Wheeling, IL 60090

*Plaintiffs' Counsel*

Dylan A. Vigh
DULIK & VIGH
120 East Market Street
12th Floor
Indianapolis, IN 46204
(317) 636-0708 phone
(317) 636-1603 fax
dvigh@brookemawhorr.com

*Plaintiffs' Counsel*

Larry D. Drury
205 West Randolph
Suite 1430
Chicago, IL 60606
(312) 346-7950 phone
(312) 346-5777 fax
ldrurylaw@aol.com

*Plaintiffs' Counsel*

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
10 W. Market Street, Suite 3000
Indianapolis, IN 46204
(317) 363-2400 phone
(317) 363-2257 fax
rschuckit@schuckitlaw.com

*Plaintiffs' Counsel*

So Ordered: __03/10/2006__

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

5

Certificate of Service

      I hereby certify that on this 9th day of March 2006, a copy of the foregoing Joint Stipulation and Proposed Order Regarding Dismissal of Defendant Compagnie Generale Des Establissements Michelin and Jurisdiction and Service of Process on Manufacture Francaise Des Pneumatiques Michelin was filed.  Notice of this filing will be sent by operation of the Court's electronic filing system or by U.S. Mail, postage pre-paid, to the following:

      David M. Mattingly
      Curtis W. McCauley
      Robert L. Gauss
      Ice Miller
      One American Square, P.O. Box 82001
      Indianapolis, IN 46282
      (317) 236-2311
      david.mattingly@icemiller.com
      mccauley@icemiller.com
      gauss@icemiller.com

*Attorneys for Indianapolis Motor Speedway Corporation*

      A. William Urquhart
      Shon Morgan
      Scott L. Watson
      Quinn Emanuel Urquhart
      Oliver & Hedges LLP
      865 South Figueroa St., 10th Floor
      Los Angeles, CA 90017
      (213) 443-3000
      billurquhart@quinnemanuel.com
      shonmorgan@quinnemanuel.com
      scottwatson@quinnemanuel.com

      Sally Franklin Zweig
      Offer Korin
      Bernard Pylitt
      Katz & Korin
      The Emelie Building
      334 North Senate Avenue
      Indianapolis, IN 46204
      (317) 464-1100
      szweig@katzkorin.com
      okorin@katzkorin.com
      bpylitt@katzkorin.com

*Attorneys for Federation Internationale de l'Automobile*

Stephen P. Handler, P.C.
Derek J. Meyer
Stephanie A. Petersmarck
McDermott Will & Emery LLP
227 W. Monroe Street
Suite 5200
Chicago, IL 60606
(312) 984-7672
shandler@mwe.com
spetersmarck@mwe.com

Hugh E. Reynolds, Jr.
John K. McDavid
Locke Reynolds LLP
201 North Illinois Street
Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
(317) 237-3800
hreynolds@locke.com
jmcdavid@locke.com

*Attorneys for Formula One Administration Limited and Formula One Management Limited*

Lawrence F. Carnevale
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
carnevale@clm.com

Stephen E. Arthur
Raymond A. Basile
Harrison & Moberly
135 N. Pennsylvania St., Suite 2100
Indianapolis, IN 46204
(317) 639-4511
sarthur@h-mlaw.com
basile@h-mlaw.com

*Attorneys for Scuderia Ferrari Malboro*

7

Thomas A. Doyle
James J. Dries
Matthew Gordon Allison
Baker & McKenzie LLP
130 East Randolph Drive, Suite 3500
Chicago, IL 60601
thomas.a.doyle@bakernet.com
james.j.dries@bakernet.com
matthew.g.allison@bakernet.com

James McGinnis Boyers
William P. Wooden
Wooden & McLaughlin LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204
(317) 639-6151
jboyers@woodmaclaw.com
wwooden@woodmaclaw.com

*Attorneys for BMW Williams F1 Team, Panasonic Toyota Racing, Lucky Strike BAR Honda, West McLaren Mercedes, Mile Seven Renault F1 Team and Sauber Petronas*

s/Henry J. Price
Henry J. Price