UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: 2005 UNITED STATES GRAND PRIX , | ) ) | Master Docket No. 1:05-cv-914-SEB-VSS |

## JUDGMENT

The Court, having this day granted Defendants' Motions to Dismiss,

**IT IS NOW ADJUDGED** that this cause of action be, and the same is

**DISMISSED WITH PREJUDICE**.  IT IS SO ORDERED.

Date:  06/15/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copy To:

Matthew Gordon Allison
BAKER & MCKENZIE LLP
matthew.g.allison@bakernet.com

Stephen E. Arthur
HARRISON & MOBERLY
sarthur@h-mlaw.com

Raymond A. Basile
HARRISON & MOBERLY
basile@h-mlaw.com

William Bock III
KROGER GARDIS & REGAS
wb@kgrlaw.com

Peter E. Borkon
SCHUBERT & REED LLP
pborkon@schubert-reed.com

James McGinnis Boyers
WOODEN & MCLAUGHLIN LLP
jboyers@woodmaclaw.com

Reynolds B. Brissenden
KROGER GARDIS & REGAS
rbb@kgrlaw.com

Lawrence F. Carnevale
CARTER LEDYARD & MILBURN LLP
carnevale@clm.com

Richard P. Cassetta
BRYAN CAVE LLP
richard.cassetta@bryancave.com

KC Cohen
KC COHEN LAWYER, PC
kc@esoft-legal.com

Thomas Anthony Doyle
BAKER & MCKENZIE LLP
thomas.a.doyle@bakernet.com

James J. Dries
BAKER & MCKENZIE
james.j.dries@bakernet.com

Larry D. Drury
ldrurylaw@aol.com

Robert L. Gauss
ICE MILLER LLP
gauss@icemiller.com

Jeff S. Gibson
COHEN & MALAD LLP
jgibson@cohenandmalad.com

Steven P. Handler
MCDERMOTT WILL & EMERY LLP
shandler@mwe.com

Gabriel Adam Hawkins
PRICE WAICUKAUSKI RILEY & DEBROTA
ghawkins@price-law.com

Peter W. Herzog III
BRYAN CAVE LLP
pwherzog@bryancave.com

Michael B. Hyman
MUCH SHELIST
mbhyman@muchshelist.com

James A. Knauer
KROGER GARDIS & REGAS, LLP
jak@kgrlaw.com

Offer Korin
KATZ & KORIN
okorin@katzkorin.com

Irwin B. Levin
COHEN & MALAD LLP
ilevin@cohenandmalad.com

Kurtis Allen Marshall
KROGER, GARDIS & REGAS LLP
kam@kgrlaw.com

David M. Mattingly
ICE MILLER LLP
david.mattingly@icemiller.com

Curtis W. McCauley
ICE MILLER LLP
mccauley@icemiller.com

John K. McDavid
LOCKE REYNOLDS LLP
jmcdavid@locke.com

Derek J. Meyer
MCDERMOTT WILL & EMERY LLP
227 W. Monroe Street
Suite 5200
Chicago, IL 60606

Shon Morgan
QUINN EMANUEL URQUHART OLIVER & HEDGES
shonmorgan@quinnemanuel.com

Eric S. Pavlack
COHEN & MALAD LLP
epavlack@cohenandmalad.com

Stephanie A. Petersmarck
MCDERMOTT WILL & EMERY LLP
spetersmarck@mwe.com

Henry J. Price
PRICE WAICUKAUSKI RILEY & DEBROTA
hprice@price-law.com

Bernard Lowell Pylitt
KATZ & KORIN
bpylitt@katzkorin.com

Hugh E. Reynolds Jr.
LOCKE REYNOLDS LLP
hreynolds@locke.com

Mark James Richards
ICE MILLER LLP
mark.richards@icemiller.com

James W. Riley Jr.
RILEY BENNETT & EGLOFF LLP
jriley@rbelaw.com

William N. Riley
PRICE WAICUKAUSKI RILEY & DEBROTA
wriley@price-law.com

Robert C. Schubert
SCHUBERT & REED LLP
rschubert@schubert-reed.com

Robert J. Schuckit
SCHUCKIT & ASSOCIATES, P.C.
rschuckit@schuckitlaw.com

Richard E. Shevitz
COHEN & MALAD LLP
rshevitz@cohenandmalad.com

A. William Urquhart
QUINN EMANUEL URQUHART OLIVER & HEDGES
billurquhart@quinnemanuel.com

Scott Watson
QUINN EMANUEL URQUHART OLIVER & HEDGES
scottwatson@quinnemanuel.com

James L. Welsh III
PAYNE WELSH & KLINGENSMITH
jwelsh@pwklawyers.com

William P. Wooden
WOODEN & MCLAUGHLIN LLP
wwooden@woodmaclaw.com

Sally F. Zweig
KATZ & KORIN
szweig@katzkorin.com